FILED

NOV 21 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**Name and Prisoner/Booking Number:** James D. Allen #V-69177 aka Llord J.P. Allen

**Place of Confinement:** Chuckawalla Valley State Prison / C.V.S.P.

**Mailing Address:** P.O. BOX 2349

**City, State, Zip Code:** BLYTHE, CA. 92226

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES D. ALLEN, AKA LLORD J.P. ALLEN
(Full Name of Plaintiff)              Plaintiff,

v.

(1) Correctional Officer, ARIAS
(Full Name of Defendant)
(2) "and others"
(3) _____
(4) _____
                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:22-CV-01502-BAM (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**
"JURY TRIAL DEMANDED"

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to: "STATE" Related claims: "BANE ACT" Civil Rights. Supplemental Jurisdiction over Plaintiffs state law claim. under 28 U.S.C. SEC 136
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: CALIFORNIA CORRECTIONAL INSTITUTION / TEHACHPI, CA.

RECEIVED
NOV 21 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Revised 3/15/2016

1

# "NAMES OF ALL OTHER DEFENDANTS"

1. C.O. BURGESS
2. C.O. HARRIS
3. C.O. RODRIGUEZ
4. C.O. JOHN DOE
5. CAPTAIN M. GARCIA
6. JANE/JOHN DOE (Medical Psyche Personnel)
7. WARDEN B. CATES
8. CDCR DIRECTOR K. ALLISON
9. JAIME MADDOX #J-56640

## B. DEFENDANTS

1. Name of first Defendant: __ARIAS__. The first Defendant is employed as: __CORRECTIONAL OFFICER__ at __CALIFORNIA CORRECTIONAL INSTITUTION__.
   (Position and Title) (Institution)

2. Name of second Defendant: __BURGESS__. The second Defendant is employed as: __CORRECTIONAL OFFICER__ at __CALIFORNIA CORRECTIONAL INSTITUTION__.
   (Position and Title) (Institution)

3. Name of third Defendant: __HARRIS__. The third Defendant is employed as: __CORRECTIONAL OFFICER__ at __CALIFORNIA CORRECTIONAL INSTITUTION__.
   (Position and Title) (Institution)

4. Name of fourth Defendant: __RODRIGUEZ__. The fourth Defendant is employed as: __CORRECTIONAL OFFICER__ at __CALIFORNIA CORRECTIONAL INSTITUTION__.
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __1__. Describe the previous lawsuits: __1ST Amendment Retaliation CLAIM__.
   a. First prior lawsuit:
      1. Parties: __JAMES D. ALLEN, Plaintiff__ v. __Rashaun Q. Dean, Defendant__
      2. Court and case number: __UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA CASE NO. 1:21-cv-01150-JLT-EPG(a)__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __THE CASE IS CURRENTLY PENDING.__

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## B. DEFENDANTS

5. NAME OF FIFTH Defendant: JOHN DOE. The FIFTH Defendant is employed as: CORRECTIONAL OFFICER at CALIFORNIA CORRECTIONAL INSTITUTION.

6. NAME OF SIXTH Defendant: "CAPTAIN" M. GARCIA. THE SIXTH Defendant is employed as: CORRECTIONAL CAPTAIN at CALIFORNIA CORRECTIONAL INSTITUTION.

7. NAME OF SEVENTH Defendant: JANE/JOHN DOE. THE SEVENTH Defendant is employed as: MEDICAL PSYCHE PERSONNEL at CALIFORNIA CORRECTIONAL INSTITUTION.

8. NAME OF EIGHTH Defendant: B. CATES. THE EIGHTH Defendant is employed as: WARDEN at CALIFORNIA CORRECTIONAL INSTITUTION.

9. NAME OF NINTH DEFENDANT: K. ALLISON. THE NINTH Defendant is employed as: CDCR DIRECTOR at STATE OF CALIFORNIA.

10. NAME OF TENTH Defendant: JAIME Maddox #J-56640. The Tenth defendant IS AN INMATE at CALIFORNIA CORRECTIONAL INSTITUTION.

### D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: Amendment VIII and "State" related law claims: "BANE Act" civil rights, Negligence.

2. **Claim I** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: Deliberate Indifference

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Based on information and belief, defendants C.O. Arias and C.O. Burgess acted under color of state law while employed at "CCI" Prison as correctional officers. On 11-17-21 Def. Arias and Burgess Demonstrated "Breach of duty to protect" an inmate from injuring self or others, due to the fact, they failed to inact disciplinary policy and regulations upon defendant Maddox in whom attempted to cash bribe def. Arias in whom confiscated funds and used threatening coercive verbal and physical tactics on co-def. Maddox to snitch on other inmate affairs in order to avoid a RVR 115. On 11-18-21 def. Maddox was caught attempting suicide by Plaintiff. Def. Maddox divulged reasons why he wanted to kill himself due to aforementioned, as well, other personal problems. Plaintiff informed def.'s Arias and Burgess, that def. Maddox had exposed to him how they were pressuring him to be a snitch. Def. Arias became visibly upset and threatened to send Plaintiff and def. Maddox to the Hole, and created a scenerio how he could have a person stabbed then abandon the inmate assailant as if he didn't know anything. Plaintiff decided to reveal suicidal attempt to def.'s Arias + Burgess in the Presence of co-def. Maddox in # Housing Unit-C4 staff office. On 11-19-21 defendant Maddox attempted to Murder plaintiff by attempting to cut his throat with a boxcutter blade. Plaintiff sustained (2) two injuries requiring (11) eleven sutures. Defendants Falsified reports of incident to cover up unethical work practices.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Plaintiff sustained (2) Two Physical injuries from a boxcutter blade. Plaintiff + Plaintiff's family was threatened. Injuries also include emotional, Psychological, and Physical distress + anxiety on a continuous basis. Loss of prison employment and financial gain. Credit earning work privileges. Restitution hindrance and humiliation(s).

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

### D. CAUSE OF ACTION

#### CLAIM II

1. State the constitutional or other federal civil right that was violated: Amendment VIII / 8th and "State" related Law claims: "Bane Act" civil rights, Negligence.

2. **Claim II.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: Failure to Protect

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Based on information and belief, defendant/C.O. Arias acted under color of state law while employed at CCI Prison as a correctional officer. On 11-17-21 inmate Maddox attempted to cash bribe C.O. Arias. C.O. Arias kept funds and verbally & physically coerced inmate Maddox to switch on other inmate affairs to avoid a RVR 115. On 11-18-21 Inmate Maddox suicide attempt was averted by Plaintiff, in whom alerted CO. defendants Arias and Burgess & revealed Maddox's mental state. Maddox was placed in restraints and moved to a undisclosed section within the prison. Inmate Maddox was allowed to return to the housing unit, wherein Plaintiff was not informed to take Precautionary measures. On 11-19-21 Maddox attempted to murder plaintiff by attempting to slice plaintiff's neck. Plaintiff sustained two (2) physical injuries with a box cutter blade that required eleven sutures. Plaintiff continues to suffer physical, emotional, and psychological pain because of the event. On 11-26-21 Plaintiff filed a 602 inmate appeal grievance due to events. On 12-06-21 defendant Arias informed Plaintiff that he may not have mentioned suicide attempt to his superiors or medical staff; in additions, attempted to coerce blame on Plaintiff for the tragic event of 11-19-21. On 2-14-22 defendant Arias threatened Plaintiff's life thru ominous means, stating "At least you got your life while warning me of the hazardous edge Plaintiff was walking on, and how he could get an address a couple of times to imply he could get to my family or friends, if Plaintiff pursues litigation against him and co-defendants. Approximately 2-17-21 def. Arias solicited inmates to have Plaintiff removed from the yard; however, inmates revealed defendants insidious ploy. Defendant falsified Reports.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Plaintiff sustained (2) Two Physical injuries with a boxcutter blade that required (11) eleven sutures. In addition, Plaintiff's injuries include emotional, psychological, and physical distress and anxiety on a constant basis. Also, loss of financial gain and prison employment. Credit earning work privileges. Restitution hindrance & humiliation.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II.  ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## D. CAUSE OF ACTION

### CLAIM III

1. State the constitutional or other federal civil right that was violated: Amendment I and "State" related claims: "Bane Act" civil rights. The court has supplemental Jurisdiction over Plaintiff's state law claims under 28 U.S.C. Sec. 1367".

2. Claim III Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 11-19-21 Plaintiff sustained (2) injuries with a box cutter blade that required (11) sutures due to a suicidal/Homocidal inmate's actions because he was being pressured by CO. defendants C.O. Arias and C.O. Burgess to switch on other inmate affairs as a consequence for attempting to cash bribe def. Arias. Plaintiff intervened in inmate's suicide attempt and was informed of the circumstances as to why he (inmate Maddox) wanted to commit suicide. Plaintiff alerted the defendants of the dangerous condition and state of mind inmate Maddox was caught in. Plaintiff filed a 602 inmate appeal grievance on 11-26-21 due to the failed suicide intervention and lost of Job assignment. On 2-14-22 def. Arias threatened Plaintiff's life through a series of verbal and explicit facial expressions that indicated a direct threat, such as, "At least you got your life while warning of the hazardous edge Plaintiff was walking on and cautioning Plaintiff not to go down that dark road because he'll get an address!" Plaintiff repeated, "An address?" Def. Arias again verbally and explicitely stated an, "An address.!!" a couple of times to imply the potential harm I could face, or my family and friends if Plaintiff pursued litigation against him and CO. defendants. In addition, Approximately 2-17-21 def. Arias solicited two inmates to harm Plaintiff and have Plaintiff removed from C-Yard at CCI Prison. Defendant Arias intentionally informed inmates that inmate Maddox confided to him that the boxcutter came from them. However, left them out of the report, therefore, they owed him one. Inmate provided declaration as to the fact. It was then that decided to inform CCI administration of the threats made on 2-14-22 via 602 on 2-18-22. A damages claim was presented to the government claims board and denied. "GCP File no.: 22027898"

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Plaintiff sustained (2) two physical injuries from a boxcutter blade. Plaintiff + Plaintiff's family was threatened. Injuries also include emotional, psychological, and Physical distress + anxiety on a continuous basis. Loss of Prison employment and financial gain. Credit earning privileges. Restitution hindrance and humiliation(s).

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III?    ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?    ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## D. CAUSE OF ACTION

### CLAIM IV

1. State the constitutional or other federal civil right that was violated: Amendment VIII and state related law claim: "BANE Act" civil rights, Negligence, Battery.

2. Claim IV Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: Failure to Protect

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim IV. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 11-18-21 Plaintiff Allen initiated a suicidal intervention on behalf of inmate Maddox in #HU-4 at CCI Prison with Co-defendants C.O. Burgess and C.O. Arias, in whom, were using coercive verbal and physical tactics to force inmate Maddox to switch on other inmate affairs in order to avoid a 115 RVR. Wherein, during the intervention inmate Maddox made statements to the effect, "I was having a really bad day." "I had a moment of weakness." And, "I really wasn't going to do it." Upon compellment of Allen telling Maddox to tell the CO defendants what he was caught doing by Plaintiff, Maddox was caught attempting strangulate himself with a rope tied to the vent and around his neck. Upon Plaintiff's revealing the dangerous condition, Maddox was placed into restraints and escorted to a undisclosed location within the prison. However, was allowed to return a hour and the half later. Defendants failed in informing Plaintiff that the inmate Maddox was returning to the housing unit. Because of this, the following day Maddox attempted to murder Plaintiff with a box cutter blade by attempting to slice Plaintiff's throat. Plaintiff sustained two (2) injuries requiring (11) eleven sutures. Defendant Burgess did not report the fact he tripped Plaintiff while be chased by Maddox as they encircled the table as plaintiff desperately evaded Maddox. Upon Plaintiff falling into def. Burgess Plaintiff shouted, "He has a Knife!" It was then that def. Burgess shot a burst of chemical spray at Maddox before Maddox took off running in the opposite direction before being chased down by Plaintiff and being knocked unconscious from behind. Def. falsified Incident Report in order to conceal unethical work practices. Def. acted under color of state law. A damages claim was presented to the government claims board and denied.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Plaintiff sustained (2) two physical injuries from a boxcutter blade. Plaintiff (+ Plaintiff's family was threatened. Injuries also include emotional, psychological, and physical distress + anxiety on a continuous basis. Loss of prison employment and financial gain. Credit earning work privileges, Restitution hindrance and humiliation(s).

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim IV?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Claim IV to the highest level?  ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

5-A

## D. CAUSE OF ACTION

### CLAIM V

1. State the constitutional or other federal civil right that was violated: Amendment I and "State" related claims: "Bane Act" civil rights, Negligience, intimidation.

2. Claim V Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☑ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim V. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 11-19-21 Defendant Harris, acting under color of state Law, falsified incident report to conceal unethical work Practices being committed by co-defendants. Def. Harris was aware that inmate Maddox was fully unconscious from a blow rendered to him by Plaintiff. Furthermore, on the evening of 2-14-22 defendants C.O. Harris and C.O. Arias threatened Plaintiff as a consequence for having filed a inmate appeal grievance 602 regarding the disastrous suicide intervention and for being stripped of Prison employment. Upon being called into the Housing Unit #4 office, Def. Harris stated, "Next time I'm going to spray you with the whole can!" Upon inquiry from Plaintiff why he would do that? Def. replied, "Because you are starting to become a problem!" Def. further demonstrated in speech and demeanor intimidation tactics by falsely accusing Plaintiff for not accepting a cellmate!" As a disguise to conceal his true ill intentions behind the accusation. Upon completion of this statement, Co-defendant Arias threatened Plaintiff's life through a series of verbal and explicite facial expressions that is indicated and iterated herein the complaint, before concluding with a specific statement, "whatever you wrote is having an impact in here!" as he gesticulated with a wave of his hand to indicate those within the Housing Unit #4 office. Plaintiff contemplated actions to legally take regarding the threatening encounter, but was forced to do something because it became known to Plaintiff other insidious ploys were being attempted; therefore, Plaintiff filed another 602 inmate appeal grievance in order to deter, and make known that the solicitation of inmates to harm plaintiff had become known. Therefore, on 3-11-22 Plaintiff refused to allow Def. Harris to enter cell to perform search unless a Yard Seargeant was Present wherein co-defendant Burgess concurred after revelation of co-defendants actions.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Plaintiff sustained (2) two Physical injuries from a boxcutter blade. Plaintiff + Plaintiff's family was threatened. Injuries also include emotional, Psychological, and Physical distress + anxiety on a continuous basis. Loss of Prison employment and financial gain. Credit earning Privileges. Restitution hindrance and humiliation(s).

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim V    ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Claim V to the highest level?    ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## D. CAUSE OF ACTION

### CLAIM VI

1. State the constitutional or other federal civil right that was violated: Amendment VIII and "state" related Law claims: "Bane Act" civil rights, Assault and battery.

2. Claim VI Identify the issue involved. Check **only** one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☑ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim VI. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 11-19-21 upon C.O. "John Doe" placing Plaintiff into restraints and discoverying Plaintiff had been injured with a scalpel which initially was thought used to attack plaintiff by suicidal/homocidal inmate Maddox, C.O. "John Doe" disappeared for several minutes, while Plaintiff remained lying on stomach in handcuffs. C.O. "John Doe" returned with C.O. Rodriguez in the lead. Plaintiff had assumed that C.O. "John Doe" wanted to show C.O. Rodriguez the severity of the injuries because when the Plaintiff and John Doe" C.O. realized the opened slash on Plaintiffs arm, Plaintiff asked the C.O. "John Doe" check his neck, wherein C.O. "John Doe" exclaimed, "Ooh!!" before abruptly turning to walk away only to return with C.O. Rodriguez. Upon C.O. Rodriguez's approach within a foot or so over plaintiff, without warning C.O. Rodriguez sprayed chemical agent upon Plaintiffs head, face, and shoulder area where injury was located. Plaintiff began to choke and gasp for breath as the chemical agent began to burn Plaintiffs person or eyes. Several seconds in passing, while Plaintiff fought the effects of the chemical agent, Plaintiff heard in the distance someone spraying a whole can of chemical agent. Approximately several minutes or less, an unconscious Inmate Maddox could be heard moaning, then alarmingly shrieking + screaming that he was burning. The screaming continued for awhile, therefore, causing Plaintiff to force open his eyes, of which revealed a handful of C.O.'s and Medical staff were attempting to place Maddox in restraints. Shortly after Maddox went into convulsions as if under cardiac arrest. Defendants "John Doe" and Rodriguez acted under color of state law while executing unlawful Excessive force and unnecessary force on Plaintiff. Defendant falsified Incident Reports to conceal unethical Practices.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Plaintiff sustained (2) Physical injuries from boxcutter blade. Plaintiff + Plaintiffs family was threatened. Injuries also include emotional, psychological and physical distress + anxiety on a continuous basis. Loss of Prison employment and financial gain. Credit earning work privileges. Restitution hindrance + humiliations.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim VI?  ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim VI to the highest level?  ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## CLAIM VII

1. State the constitutional or other federal civil right that was violated: Amendment I and "STATE" related Law claims: "Bane Act" civil rights

2. **Claim VII** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☑ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim VII. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 12-02-21 Captain Garcia initiated a intimidation tactic to coerce Plaintiff from pursuing Inmate appeal grievance 602. Approximately 4:00 p.m. after leaving the medical clinic, defendant Captain Garcia noticed Plaintiff heading back to his housing unit when he initiated hostile dialogue by stating, "Why you writing all that bullshit?" towards Plaintiff while in the presence of his Program Porter/clerk. Defendant was referring to the inmate appeal grievance log #000191973 regarding the failed suicide intervention of 11-19-21. Plaintiff turned around to see Captain Garcia looking angrily aggressive and hostile in his facial expression and demeanor. I responded by inquiring "what do you mean by bullshit?" "I wrote the truth. Captain Garcia replys," That's bullshit, you go to ad-seg you lose your Job." Plaintiff responds by saying," I would like to sit down and talk to you personally?" Defendant Garcia replied,"Nah, I don't do that!" Plaintiff assessed his tone and demeanor while weighing his words and expression and guaging the handful of C.O.'s standing intimidatingly nearby approximately 10-15 feet away and knew to avoid any further communications. Therefore, Plaintiff stated," You have a good evening Captain Garcia and meandered in the direction of my housing unit as Captain Garcia mumbled something after I departed. Plaintiff felt extremely threatened by this encounter and concerned for his personal safety.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Plaintiff sustained (2) two physical injuries from a boxcutter blade. Plaintiff + Plaintiff's family was threatened. Injuries also include emotional, psychological and physical distress + anxiety on a continuous basis. Loss of prison employment and financial gain. Credit earning work privileges. Restitution and hindrance + humiliations.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim VII? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim VII to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

5-D

## CLAIM VIII

1. State the constitutional or other federal civil right that was violated: __Amendment XIV, Battery__.

2. **Claim VIII.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☑ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim VIII. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   On 11-18-21 defendant inmate Maddox was caught with a makeshift rope made out of bedsheet tied tight around his neck and the vent, that caused his face to turn reddish pale, with a full sheet of paper expressing illegible writing. He appeared to be in severe pain and agony while crying silently + profusely with snot bubbles bursting out his nostrils and foamish spittle at the corners of his mouth. His pet sparrow bird Charlie flapped his wings irratically as he perched on his right shoulder. Plaintiff intervened, and averted def.'s suicide attempt. Def. Maddox revealed specifically reasons for his plight. "He felt alone, he had no one helping him." "His mother has dementia and doesn't recognize his voice." And, "He attempted to bribe C.O. Arias in the equipment room via mention of a "Codeword". Creating a situation causing him to be threatened + coerced verbally + physically to snitch on other inmate affairs by co-defendants Arias + Burgess. After careful deliberation, Plaintiff decided to reveal tramatic events to Def. Arias + Burgess in #HU-C4 staff office with def. Maddox present. Maddox was placed in restraints + escorted to an undisclosed location, only to return a Hour + the half later. The following day 11-19-21 Maddox attempted to murder Plaintiff by attempting to slice Plaintiff's throat-causing Plaintiff (11) eleven sutures in two locations. Def. was knocked out unconscious by Plaintiff during attack. While unconscious, unknown C.O. sprayed him with full can of chemical agent. After several minutes + unrestrained, def. Maddox awoke moaning, then into a shrieking scream that he was burning before being wrestled into compliance by Custody staff + Medical Personnel, causing him to have convulsions + cardiac arrest.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Plaintiff sustained (2) two physical injuries from a boxcutter blade. Plaintiff + Plaintiff's family was threatened. Injuries also include emotional, psychological, and physical distress + anxiety on a continuous basis. Loss of prison employment and financial gain. Credit earning work privileges. Restitution hindrance and humiliations.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim VIII?   ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim VIII to the highest level?   ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5-E

D. CAUSE OF ACTION

CLAIM IX

1. State the constitutional or other federal civil right that was violated: Amendment VIII and "state" related law claims: "BANE ACT" civil rights, negligence.

2. Claim IX Identify the issue involved. Check **only one**. State additional issues in separate claims.
   ☐ Basic necessities              ☐ Mail              ☐ Access to the court       ☑ Medical care
   ☐ Disciplinary proceedings       ☐ Property          ☐ Exercise of religion      ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim IX. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   Based upon information and belief, on 11-19-21 California Correctional Institution medical/psyche personnel acting under color of state law, failed to properly follow Prison Policy and Protocol that could have prevented inmate Maddox's suicidal/homocidal murderous attempt on plaintiff's life. Plaintiff sustained (2) injuries with a boxcutter blade due to suicidal/homocidal inmate attempting to slice Plaintiff's throat. Suicidal/Homocidal inmate was demostrating irregular behavior, and had been reported that he was caught in the act of committing suicide by Plaintiff to CO. defendants, Arias and Burgess. Medical staff, nor other defendants informed Plaintiff that the suicidal/homocidal inmate would be allowed to return to the exact same housing unit wherein it was discovered and revealed by Plaintiff that inmate Maddox was caught attempting to commit suicide, due to being verbally and physically coerced by defendants C.O. Arias and C.O. Burgess to snitch on other inmate affairs as a consequence for attempting to cash bribe C.O. Arias. In order to avoid administrative consequences—RVR 115.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Plaintiff sustained (2) two physical injuries from a boxcutter blade. Plaintiff & Plaintiff's family was threatened. Injuries include emotional, Psychological, and Physical distress & anxiety on a continuous basis. Loss of prison employment and financial gain. Credit earning work privileges. Restitution hindrance and humiliations.

5. Administrative Remedies:
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim IX.     ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Claim IX to the highest level?     ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

5-F

## D. CAUSE OF ACTION

### CLAIM X

1. State the constitutional or other federal civil right that was violated: Amendment VIII and "state" related claims: "BANE ACT" civil rights, Negligience.

2. Claim X Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: Responsibility

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim X. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Defendant B. Cates (Warden) acting under color of state law, is the warden of California Correctional Institution. He is legally responsible for the operation of California Correctional Institution and for the welfare of all resident inmates of that Prison.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
   Plaintiff sustained (2) two physical injuries from boxcutter blade. Plaintiff & Plaintiff's family was threatened. Injuries include emotional, psychological, and Physical distress + anxiety on a continuous basis. Loss of Prison employment and financial gain. Credit earning work privileges. Restitution hindrance and humiliations.

5. Administrative Remedies:
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim X.    ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim X to the highest level?    ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ____

## D. CAUSE OF ACTION

### CLAIM XI

1. State the constitutional or other federal civil right that was violated: Amendment VIII and "state" related claims: "Bane Act" civil rights, Negligence.

2. Claim XI Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: Responsibility

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim XI. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Defendant Kathleen Allison (Director) of the State of California, is legally responsible for the overall operations of the (CDCR) California Department of Corrections and Rehabilitation and each institution under its Jurisdiction, including California Correctional Institution where Plaintiff was confined when violations occurred.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Plaintiff sustained (2) two physical injuries from a boxcutter blade. Plaintiff + Plaintiff's family was threatened. Injuries also include emotional, psychological, and physical distress & anxiety on a continuous basis. Loss of prison employment and financial gain. Credit earning work privileges. Restitution hindered humiliations.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim XI?   ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Claim XI to the highest level?   ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

5-H

## E. REQUEST FOR RELIEF

State the relief you are seeking:
Plaintiff Allen seeks compensatory, Punitive, and Nominal damages, as well as, any additional money damages appropriated by the Court or Jury against defendants; C.O. Arias, C.O. Burgess, C.O. Harris, C.O. Rodriguez, C.O. "John Doe", Captain M. Garcia, Medical Psyche Personnel "John/Jane Doe", Warden B. Cates, CDCR Director K. Allison, and Inmate Jaime Maddox #J-56640 in the amount of $500,000 each. And, a Preliminary and Permanent Injunction, and Declaratory Judgement against all defendants listed herein - each being sued in their official and Individual Capacity. Lastly, defendants are to desist in the Potential, direct or indirect reprisals due to this Section 1983 suit and civil complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 03rd, 2022
DATE

James D. Allen #V-69177
SIGNATURE OF PLAINTIFF

N/A
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

N/A
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6

State of California

## Proof of Service by Mail

I hereby declare that on __1-17-22__ I filed the following document(s) with the Clerk of the court by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully paid in the United States mail at C.V.S.P., BLYTHE, CA 92226

(1) 42 U.S.C. § 1983 (x2), APPLICATION FOR IN FORMA PAUPERIS, Multiple Summons (x10) RETURN SELF ADDRESSED ENVELOPE - FOR VERIFICATION PURPOSES...

(2) _____

I have caused to be mailed the above document(s) to the following party(ies) and addressed as follows:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
2500 Tulare Street, Room 1501
U.S. COURTHOUSE BUILDING
FRESNO, CA. 93721-2201

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on the date of __1-17-22__, at C.V.S.P., BLYTHE California. 92226

James D. Allen #V-69177
Petitioner's name

James D. Allen
Petitioner's Signatures

CDCR # V-69177 /Cell: #D9-15-3^LOW
P.O. BOX 2349
BLYTHE, CA. 92226

Prison Mailbox Rules
   Under the "Prison Mailbox Rule" a prisoner's legal document is deemed failed, for statute of limitation purposes. When he/she hands it over to prison authorities for mailing. [Houston v. Lack(1988) 487 U.S. 266, 274, Huizor v. Carey (9th Cir. 2001) 273 F.3d 1220, 1222.] The mailbox rule applies to prisoners filing in both federal and state courts[ Hulzar, 273 F.3d at p. 1223.]