JAMES D. ALLEN #V-69177
B4
C. V. S. P.
P. O. BOX 2349
BLYTHE, CA. 92226

FILED

JUL 27 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES D. ALLEN,
      plaintiff,

ARIAS, et al.;
      Defendants,

CASE NO.1:22-cv-01502-ADA-BAM
(PC)
OBJECTION(S) TO MAGISTRATE
JUDGE'S FINDINGS AND RECOMMEN-
DATIONS REGARDING DISMISSAL OF
CERTAIN CLAIMS AND DEFENDANTS

ALSO, MOTION REQUEST TO PRE-
PARE AND SUBMIT A "SECOND A-
MENDED COMPLAINT"

Plaintiff, James D. Allen, is a state prisoner proceeding pro se
and in forma pauperis in this civil rights action under 42 U.S.C.
sub. sec. 1983, of which was a amended on 6/14/23 (ECF NO. 12).
Plaintiff, James D. Allen asserts (his) right to, (Object to Mag-
istrate Judge's findings and recommendations regarding dismissal
of certain claims and defendants, due to the following reason(s):

1. Plaintiff is requesting the Court permit (Me), James D. Allen,
to prepare and submit a "Second Amended Complaint" as a last at-
tempt to correct any/all of the deficiencies previously noted in
court ordered deadlines, 6/12/23 and 7/25/23.

2. Plaintiff is an inexperienced litigant in whom's legal capacity
to prosecute this sub. sec. 1983 civil action is both impeded by
my limited ability as a layman of the law, and C.V.S.P.'s conspi-
uous law library dysfunction, due to modified programming because
of COVID-19 and shortage of staff personnel. The law library opens
one (1) day of the week for several or so hours, if it opens at
all..etc. Please note exhibit (A). furthermore, BRAVO yard has no

1.

tangible law library books and limited computer research capability when forced to utilize the tablet.

3. Plaintiff wishes to attempt to secure legal representation and assistance, due to the complexity of my case, if possible.

4. Plaintiff is currently experiencing retaliation harassment, and targeting from CDCR employees while housed at C.V.S.P. prison as a result of previous settled suit (James Allen v. Dean USDC. Eastern District of California, Case No. 1:21-cv-001150-JLT-(PC) (EPG), and this current civil action).

Plaintiff is currently pursuing a expedited transfer; in addition to pursuing mental health prospects because of the tramatic experience at CCI prison and the aftermath of ongoing CDCR targeting.

5. Plaintiff wishes to include state law claims that were mistakenly left out of the 1st amended complaint.

6. Plaintiff contends that all events recorded in the 1st amended complaint are in fact actual occurrences stemming from (related) series of events as a direct consequence from actions connected to the 11-17-21 date when inmate Maddox initially attempted to bribe C.O. Arias, and the aftermath and sequence of events occuring afterwards. That includes 11-18-21, the date when inmate Mad -dox attempted suicide, which led to the 11-19-21 date that inmate Maddox attempted to kill plaintiff after the failed suicide intervention by CCI Administration. Although, not currently plead as such, Captain Garcia retaliated against plaintiff by strip -ping plaintiff if his porter's job because of the incident and for filing a 602 appeal grievance to hold CCI Administration accoutable, of which, ultimately led to the 2-14-22 date that plaintiff was threatened personally as well as my family by C.O.

Arias and C.O. Harris as a retalitory means to intimidate me
from pursuing legal intervention to seek a redress of grievances
within the federal courts. finally, leading to the 2-17-22 in-
cident, in which, C.O. Arias being exposed by an inmate attempt-
ing to solicit him to harm plaintiff.

Plaintiff strongly believes that C.O. ARIAS and C.O. Burgess, as
well as C.O. Harris should be held accountable for their dement-
ed rogue behavior as sworn civil serants in whom took an oath as
peace officers.

Plaintiff is asking that court take in consideration of all here
in asserted.


Dated  7-24-23                    Signed  James D. Allen #V-69177
                                          JAMES D. Allen #V-69177

I declare under penalty of perjury that the foregoing is true
and correct.

3.



* This occurred after Plaintiff was provided option to proceed on First Amendment claim post screening in the November 11, 2021 order before U.S. Magistrate Judge Erica P. Grosjean

Allen, J. # V-69177
(INCIDENT 11-19-21)
#1

# Exhibit (A)

## Law Library Issues

**Chuckawalla Valley State Prison – Blythe, CA**

Program Modification due to COVID outbreak -- D yard library closure.  Inmate requests were answered through paging and PLU (Priority Legal Users) were called to the law library when library staff was on-site.

**January 2023**
- law library closed 1/2 through 1/6 – no library staff
- 1/6 – law library open 3.0 hours
- 1/7 through 1/31 law library closed -- Program Modification/Medical Quarantine/COVID
- 1/9, 1/10, 1/18, 1/25, 1/26 – library staff on-site to answer paging requests only
- 1/26 through 1/31 – no library staff

**February 2023**
- law library closed 2/1 through 2/16 – Program Modification/Medical Quarantine/COVID
- 2/2, 2/8, 2/9, 2/15, 2/16 – law library open to PLU inmates.  Library staff on-site to answer paging requests and allow PLU inmates law library access minimum of 4.0/hrs per week

Note:  As of 2/16/23, the Program Modification is still in effect and has been extended several times.

M. Martin
Senior Librarian
CVSP
February 16, 2023

Logh# DO2116/23-A

## INMATE REQUEST FOR INTERVIEW

| DATE 2-16-23 | TO D-FACILITY LAW LIBRARY | FROM (LAST NAME) Allen, J. | | CDCR NUMBER V-69177 |
|---|---|---|---|---|
| HOUSING D9 - 21 - 3 LOW | BED NUMBER | WORK ASSIGNMENT Kitchen | JOB NUMBER FROM ___ TO ___ | |
| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | | ASSIGNMENT HOURS FROM ___ TO ___ | |

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I am requesting a log copy of the hours I have been permitted, or was present in the Law Library since Facility D has been Quarantined...
(ASAP) for Court...                                    Thank You!

Do NOT write below this line.  If more space is required, write on back.

INTERVIEWED BY: M. MARTIN                                    DATE 2-16-23

DISPOSITION: see attached for library open hours (law library for PLU inmates)

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**DAILY PROGRAM STATUS REPORT, PART A -**
**PLAN OF OPERATION / STAFF & INMATE NOTIFICATION**

ATTACHMENT A

CDCR 3022-A (Rev. 09/21)

Page 1 of 1

### DAILY PROGRAM STATUS REPORT, PART A -
### PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

*Describe only this reporting period's specific Plan of Operation          *Upon completion, distribute to ensure all staff and inmate awareness

Inmates on modified program more than 14 days must be offered a minimum of 10 hours per week of access to recreational areas outside their rooms, cells, or dorms, etc., unless safety and security consideration preclude such activity. The general expectation is that recreation will be held outdoors; however, based on operational necessity and institutional security; out of cell or dorm recreation may be supplemented or otherwise augmented with indoor recreation (including, but not limited to: dayrooms, gymnasiums, and areas determined suitable by the institution, based on operational layout).

| PLAN EFFECTIVE DATE: 02-16-2023 | INSTITUTION: CVSP | PROGRAM STATUS NUMBER: CVSP-INST-23-001 |
|---|---|---|

| ☐NORMAL PROGRAM | ☒MODIFIED PROGRAM | ☐LOCKDOWN | ☐STATE OF EMERGENCY |
|---|---|---|---|
| | ☐INITIAL | ☒UPDATE | ☐CLOSURE |

### RELATED INFORMATION (CHECK ALL THAT APPLY)

| AREA AFFECTED | | INMATES AFFECTED | | REASON | |
|---|---|---|---|---|---|
| ☒INSTITUTION: | CVSP | ☒ALL: | | ☐BATTERY | ☐DEATH |
| ☒FACILITY: | D | ☐SECURITY THREAT GROUP(S): | | ☐RIOT/DISTURBANCE/CONTINUING VIOLENCE | |
| ☒HOUSING UNIT: | D9 | ☐OTHER: | | ☐THREATS | |
| ☒HOUSING LEVEL: | Level II | ☐TOTAL AFFECTED POPULATION: | | ☒MEDICAL QUARANTINE | |
| ☐OTHER: | | | | ☐OTHER: | |
| **MOVEMENT** | | **WORKERS** | | **DRP** | |
| ☐NORMAL: | | ☐NORMAL: | | ☐NORMAL: | |
| ☒ESCORT ALL MOVEMENT: | | ☒CRITICAL WORKERS ONLY: Test to Program and resolved Inmates. | | ☒NO EDUCATION: | |
| ☐UNCLOTHED BODY SEARCH PRIOR TO ESCORT | | ☐ADA WORKERS: | | ☐NO ISUDT: | |
| ☐IN RESTRAINTS: | | ☐RESTRICTED WORK PROGRAM: | | ☐CELL/HOUSING PACKET DELIVERY | |
| ☐CONTROLLED MOVEMENT: | | ☒PORTERS: (In house only) | | **DAYROOM** | |
| ☐OTHER: | | ☐NO INMATE WORKERS: | | ☐NORMAL: | |
| **FEEDING** | | ☐OTHER: | | ☐NO DAYROOM ACTIVITIES: | |
| ☐NORMAL: | | **SHOWERS** | | ☒MODIFIED: Split Tier | |
| ☐CELL FEEDING: | | ☒NORMAL: | | **RECREATION** | |
| ☒CONTROLLED FEEDING IN DINING ROOM | | ☐ESCORTED: | | ☐NORMAL: | |
| ☒HOUSING UNIT/DORM AT A TIME: | | ☐ONE INMATE PER SHOWER – OWN TIER | | ☐NO RECREATIONAL ACTIVITIES | |
| ☐DORM / POD AT A TIME: | | ☐CELL PARTNERS TOGETHER – OWN TIER | | ☒MODIFIED: 0800-1000 | |
| ☐TIER AT A TIME: | | ☐DORM SHOWERING BY GROUP: | | **CANTEEN** | |
| ☐HOUSING UNIT SECTION AT A TIME: | | ☐CRITICAL WORKERS ONLY: | | ☐NORMAL: | |
| ☐SACK MEAL BREAKFAST: | | ☐INCONTINENT SHOWERS ALLOWED | | ☐NO CANTEEN: | |
| ☒SACK MEAL LUNCH: | | ☐NO SHOWERS: | | ☒MODIFIED: During yard rotation | |
| ☐SACK MEAL DINNER: | | **HEALTH CARE SERVICES** | | **PACKAGES** | |
| **DUCATS** | | ☐NORMAL PROGRAM: | | ☐NORMAL: | |
| ☐NORMAL: | | ☒PRIORITY DUCATS ONLY: | | ☐NO PACKAGES: | |
| ☐CLASSIFICATION DUCATS: | | ☐CONDUCT ROUNDS IN UNITS: | | ☒MODIFIED: Delivered in unit as needed | |
| ☐PRIORITY DUCATS ONLY: | | ☐ESCORTED TO TREATMENT AREA | | **PHONE CALLS** | |
| ☒OTHER: Medical, BPH and VCS Priority Ducats Only (KN95 Required) | | ☐EMERGENCY ONLY: | | ☒NORMAL: | |
| **VISITING** | | ☒MEDICATION DISTRIBUTION: Outside at the Facility Clinic Window during feeding/yard. | | ☐NO PHONE CALLS: | |
| ☐NORMAL VISITING: | | ☒7362 - HEALTH CARE SERVICES REQUEST FORM: | | ☐LEGAL CALLS: | |
| ☐NON-CONTACT ONLY: | | ☒AT CLINIC: during yard and feeding time | | ☐MODIFIED: | |
| ☒NO GENERAL VISITING: | | ☒AT HOUSING UNIT: picked up during nursing rounds | | **RELIGIOUS SERVICES** | |
| ☐LEGAL VISITING: | | **LAW LIBRARY** | | ☐NORMAL | |
| ☐FAMILY VISITING PRE-APPROVED | | ☐NORMAL | | ☐CHAPLAINS CONDUCT ROUNDS | |
| ☐OTHER: | | ☒PLU    ☐GLU | | ☒MODIFIED: Bedside Only. | |

ATTACHMENT A

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 3022-A (Rev. 09/21)

**REMARKS:**
On Sunday, January 8, 2023, at approximately 0127 hours, Facility D, Dorm D9 was placed on medical quarantine warranting a modified program for that housing unit. Quarantine was due to multiple inmates testing positive for COVID-19 out of housing unit D9. On Wednesday, January 11, 2023 at approximately 2357 hours, due to multiple inmates in D10 testing positive for COVID-19, the Chief Physician and Surgeon (CP&S) recommended a quarantine of D10 to help prevent a COVID-19 outbreak. D10 was placed on quarantine.

On Saturday, February 4, 2023, Dorm D10 was removed from quarantine. This program modification order is for all inmates housed on Facility D, Dorm D9 at Chuckawalla Valley State Prison (CVSP). Inmates placed in Isolation due to a positive COVID-19 PCR test will be housed in dorm D11. Dorm D9 is quarantined in place and D10 will follow existing protocol for COVID-19.

Feeding by housing unit, allow for physical distancing and disinfecting procedures between buildings. Dorm D9 yard time will be 0800-1000 hours. Dorm D9 will be fed last in the dining hall. All recreational equipment, tables, seats, and common areas shall be disinfected in accordance with the institutional porter training, ensuring chemical solutions are mixed to the standards for COVID positive cleaning.

All other movement on the yard will require the wearing of the KN95 mask and direct custody escort. Medication distribution and collection of 7362's will be conducted at the clinic at the outside window during yard or meals and also during nursing rounds conducted in the affected housing unit(s).

All medical ducats, BPH and VCS ducats will be honored, requiring inmates wear a KN95 facemask and be escorted to the necessary area for services. Medical staff will conduct rounds in dorm D9. Rounds will be logged in the unit logbook.

All critical workers in a specific area must be from the same housing unit. All workers will be screened for symptoms prior to reporting for work.

Off-site appointments will be transported solo and require wearing of an N95 facemask. Healthcare staff, education and PIA participated in the planning and proposals of this program. This Modification Order will be reviewed on Friday, February 17, 2023.

| REVIEWED BY: | DATE: 2/16/23 | SIGNATURE (WARDEN): | DATE: 2-16-23 | SIGNATURE (ASSOCIATE DIRECTOR): | DATE: |
|---|---|---|---|---|---|
| | | | | (REQUIRED FOR INITIAL, CLOSURE, & STATE OF EMERGENCY) | |
| NAME: Moises Soria, HCA Captain | | NAME: David Holbrook, Warden | | Ron Broomfield, Associate Director (A) | |

STATE OF CALIFORNIA
GA-22 (Rev. 2013-10)

DEPARTMENT OF CORRECTIONS & REHABILITATION

# INMATE REQUEST FOR INTERVIEW

| DATE 3-15-23 | TO D-YARD LAW LIBRARY | FROM (LAST NAME) Allen, James | | CDCR NUMBER #V-69177 |
|---|---|---|---|---|
| HOUSING D9-21 ~ | BED NUMBER 3 Low | WORK ASSIGNMENT Kitchen | JOB NUMBER PREP. 001.005 FROM 4:00am TO 8:00 | |
| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) N/A | | | ASSIGNMENT HOURS FROM | TO |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Ms. Martin I would like to know if you could provide me with tentative scheduling of the time & dates that the Law Library has been opened since the uplifting of the quarintine, and for the times and dates for access to the Law Library for the month of March... I need it for it for the Courts in which I'm under Court deadline... Thank You!

**Do NOT write below this line. If more space is required, write on back.**

| INTERVIEWED BY M. MARTIN | DATE 3-15-23 |
|---|---|

DISPOSITION
On March, the law library was open:
3/1 = 5.5 hrs ; 3/2 = 2.0 hrs ; 3/15 = 3.5 hrs

# INMATE REQUEST FOR INTERVIEW

| DATE 4-19-23 | TO MS. MARTIN LAW LIBRARY | FROM (LAST NAME) Allen J. | | CDCR NUMBER V-69177 |
|---|---|---|---|---|
| HOUSING #D9-21- | BED NUMBER 3 Low | WORK ASSIGNMENT Kitchen Am | JOB NUMBER FROM TO | |
| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) N/A | | | ASSIGNMENT HOURS FROM 4:00 am TO 12:00 pm | |

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I am currently under (2) Deadline dates; therefore, can you please provide me with an official Statement and account as to the dilema here at C.V.S.P. that is hindering regular law Library use. Also, the projected number of hours for the month of April that the law library will be opened on D ealta Yard?! I NEED it in order to ask for a time extension..

Do NOT write below this line. If more space is required, write on back.

| INTERVIEWED BY M. MARTIN | DATE 4-19-23 |
|---|---|

DISPOSITION

Since mid-February, there has oney been one librarian available to service 4 yard libraries. D Yard is scheduled to be open on Wednesdays. In April D Yard library →

has been open:

4/7   5 hrs.

4/12   5 hrs.

4/19   2.5 hrs. (partial day closed due to staff training)

D Yard is scheduled to be open:

4/26   5 hrs.

Requesters Information                                    Log # _BCb1223-08_

Name: _Allen, J._                                          C

CDCR Number: _V-69177_                                     V

Yard/Dorm/Bed #: _B4-12-1^up_                              S

Date Requested: _6-08-23_                                  P

## INMATE LEGAL / GENERAL INFORMATION REQUEST

|  |  |  | (1ˢᵗ Page) |
|---|---|---|---|
| Example: Name of Case of Information | Volume | Book  Topic: Crime, Law Drug | Pages |

INFORMATION: List all known facts regarding subject in the spaces below: Line 1-3

| Case name/information desired | Volume | Book | Topic | Page |
|---|---|---|---|---|

1 I am requesting number of days the Law Library has been opened with-
in the last 30 days?!... i.e. a logged record for Court Purposes.

2 I need it urgently... due to Court deadline...

3 _____                    _Thank You!_

**Understand:** Inmate Legal/General information Request's <u>possibly may not be processed</u> due to time constraints – we will do the best that we can, if you do not get a response and a month or longer passes, you can always resubmit!

BE SURE TO WRITE AS MUCH AS YOU KNOW ABOUT THE SUBJECT! (Use back of this form if more space is needed).

### LIBRARY STAFF ONLY

_6-8-23_                                          _6-12-23_

Date Received                                     Date Returned

Comments: _____

_See attached_

### LIBRARY STAFF SIGNATURES

### AND/OR

Library Technical Assistant              Librarian/Senior Librarian

NOTE: * Request for People/Personal addresses/ White Pages will <u>NOT</u> be searched, only what would be found in Government directories, Legal directories, Business directories and Yellow Pages type resources.

**Chuckawalla Valley State Prison – Blythe, CA**

B yard library (law & rec) was open the following days:

**May 2023**
- 5/4 – open 2.5 hours
- 5/11 – open 3.5 hours
- 5/18 – open 3.5 hours
- 5/25 – open 3.5 hours

**June 2023**
- 6/8 – open 4.5 hours

Note:  We have only one librarian available to open and operate four yard libraries.

M. Martin
Senior Librarian
CVSP
June 12, 2023

# FACILITY B LIBRARY HOURS

## For the Week of

## June 19, 2023 – June 23, 2023

### (Subject to Change)

| | |
|---|---|
| Monday | CLOSED |
| Tuesday | CLOSED |
| Wednesday | CLOSED |
| Thursday | OPEN 0730 – 1315 |
| Friday | CLOSED |

*Note: Face masks are optional.*

*The Library will be closed for Lunch 10:30-11:00 AM*

# FACILITY B LIBRARY HOURS

## For the Week of

## June 26, 2023 – June 30, 2023

### (Subject to Change)

| | |
|---|---|
| Monday | CLOSED |
| Tuesday | CLOSED |
| Wednesday | CLOSED |
| Thursday | CLOSED |
| Friday | CLOSED |

*Note: Face masks are optional.*

*The Library will be closed for Lunch 10:30-11:00 AM*

# FACILITY B LIBRARY HOURS

## For the Week of

## July 3, 2023 – July 7, 2023

## (Subject to Change)

| Monday | CLOSED |
| Tuesday | CLOSED |
| Wednesday | CLOSED |
| Thursday | CLOSED |
| Friday | CLOSED |

*Note: Face masks are optional.*

*The Library will be closed for Lunch 10:30-11:00 AM*

**DAILY PROGRAM STATUS REPORT, PART A -**
**PLAN OF OPERATION / STAFF & INMATE NOTIFICATION**

CDCR 3022-A (Rev. 09/21)

**DAILY PROGRAM STATUS REPORT, PART A -**
**PLAN OF OPERATION / STAFF & INMATE NOTIFICATION**

*\*Describe only this reporting period's specific Plan of Operation*     *\*Upon completion, distribute to ensure all staff and inmate awareness*

Inmates on modified program more than 14 days must be offered a minimum of 10 hours per week of access to recreational areas outside their rooms, cells, or dorms, etc., unless safety and security consideration preclude such activity. The general expectation is that recreation will be held outdoors; however, based on operational necessity and institutional security, out of cell or dorm recreation may be supplemented or otherwise augmented with indoor recreation (including, but not limited to: dayrooms, gymnasiums, and areas determined suitable by the institution, based on operational layout).

| PLAN EFFECTIVE DATE: 07-06-2023 | INSTITUTION: CVSP | PROGRAM STATUS NUMBER: CVSP-INST-23-003 |
|---|---|---|
| ☐NORMAL PROGRAM | ☒MODIFIED PROGRAM | ☐LOCKDOWN    ☐STATE OF EMERGENCY |
| ☐INITIAL | ☒UPDATE | ☐CLOSURE |
| | RELATED INFORMATION (CHECK ALL THAT APPLY) | |

| AREA AFFECTED | | INMATES AFFECTED | | REASON | |
|---|---|---|---|---|---|
| ☒INSTITUTION: | CVSP | ☒ALL: | | ☐BATTERY | ☐DEATH |
| ☒FACILITY: | B | ☐SECURITY THREAT GROUP(S): | | ☐RIOT/DISTURBANCE/CONTINUING VIOLENCE | |
| ☒HOUSING UNIT: | B5 | ☐OTHER: | | ☐THREATS | |
| ☒HOUSING LEVEL: | Level II | ☐TOTAL AFFECTED POPULATION: | | ☒MEDICAL QUARANTINE | |
| ☐OTHER: | | | | ☐OTHER: | |
| MOVEMENT | | WORKERS | | DRP | |
| ☐NORMAL: | | ☐NORMAL: | | ☐NORMAL: | |
| ☒ESCORT ALL MOVEMENT: | | ☐CRITICAL WORKERS ONLY: | | ☒NO EDUCATION: | |
| ☐UNCLOTHED BODY SEARCH PRIOR TO ESCORT | | ☒ADA WORKERS: | | ☐NO ISUDT: | |
| ☐IN RESTRAINTS: | | ☐RESTRICTED WORK PROGRAM: | | ☐CELL/HOUSING PACKET DELIVERY | |
| ☐CONTROLLED MOVEMENT: | | ☒PORTERS: (In house only) | | DAYROOM | |
| ☐OTHER: | | ☐NO INMATE WORKERS: | | ☐NORMAL: | |
| FEEDING | | ☒OTHER: Test to Program | | ☐NO DAYROOM ACTIVITIES: | |
| ☐NORMAL: | | SHOWERS | | ☒MODIFIED: Split Tier | |
| ☐CELL FEEDING: | | ☐NORMAL: | | RECREATION | |
| ☒CONTROLLED FEEDING IN DINING ROOM | | ☐ESCORTED: | | ☐NORMAL: | |
| ☒HOUSING UNIT/DORM AT A TIME: | | ☐ONE INMATE PER SHOWER – OWN TIER | | ☐NO RECREATIONAL ACTIVITIES: | |
| ☐DORM / POD AT A TIME: | | ☐CELL PARTNERS TOGETHER – OWN TIER | | ☒MODIFIED 0800-1030 | |
| ☐TIER AT A TIME: | | ☒DORM SHOWERING BY GROUP: | | CANTEEN | |
| ☐HOUSING UNIT SECTION AT A TIME: | | ☐CRITICAL WORKERS ONLY: | | ☐NORMAL: | |
| ☐SACK MEAL BREAKFAST: | | ☒INCONTINENT SHOWERS ALLOWED | | ☐NO CANTEEN: | |
| ☒SACK MEAL LUNCH: | | ☐NO SHOWERS: | | ☒MODIFIED: During yard rotation | |
| ☐SACK MEAL DINNER: | | HEALTH CARE SERVICES | | PACKAGES | |
| DUCATS | | ☐NORMAL PROGRAM: | | ☐NORMAL: | |
| ☐NORMAL: | | ☒PRIORITY DUCATS ONLY: | | ☐NO PACKAGES: | |
| ☐CLASSIFICATION DUCATS: | | ☐CONDUCT ROUNDS IN UNITS: | | ☒MODIFIED: Delivered in unit as needed | |
| ☐PRIORITY DUCATS ONLY: | | ☐ESCORTED TO TREATMENT AREA | | PHONE CALLS | |
| ☒OTHER: Medical, BPH and VCS Priority Ducats Only (KN95 Required) | | ☐EMERGENCY ONLY: | | ☒NORMAL: | |
| VISITING | | ☒MEDICATION DISTRIBUTION: Outside at the Facility Clinic Window during feeding/yard. | | ☐NO PHONE CALLS: | |
| ☐NORMAL VISITING: | | ☒7362 - HEALTH CARE SERVICES REQUEST FORM: | | ☐LEGAL CALLS: | |
| ☐NON-CONTACT ONLY: | | ☒AT CLINIC: during yard and feeding time | | ☐MODIFIED: | |
| ☒NO GENERAL VISITING: | | ☒AT HOUSING UNIT: picked up during nursing rounds | | RELIGIOUS SERVICES | |
| ☐LEGAL VISITING: | | LAW LIBRARY | | ☐NORMAL | |
| ☐FAMILY VISITING PRE-APPROVED | | ☐NORMAL | | ☐CHAPLAINS CONDUCT ROUNDS | |
| ☐OTHER: | | ☒PLU    ☐GLU | | ☒MODIFIED: Bedside Only | |

ATTACHMENT A

STATE OF CALIFORNIA
CDCR 3022-A (Rev. 09/21)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**REMARKS:**
On Wednesday, July 5, 2023, at approximately 1200 hours, Facility B, Dorm B5 was placed on medical quarantine warranting a modified program for that housing unit. Quarantine was due to multiple inmates testing positive for COVID-19 via POC Rapid Tests out of housing unit B5. This program modification order is for all inmates housed on Facility B, Dorm B5 at Chuckawalla Valley State Prison (CVSP). Inmates placed in isolation due to a positive COVID-19 PCR test will be housed in dorm D11. Dorm B5 is quarantined in place and all other housing dorms on Facility B will follow existing protocols for COVID-19.

Inmates will have access to the recreation yard daily, feeding by housing unit, allow for physical distancing and disinfecting procedures between buildings. Dorm B5 well be feed last and their yard time will be 0800-1030 hours. All recreational equipment, tables, seats, and common areas shall be disinfected in accordance with the institutional porter training, ensuring chemical solutions are mixed to the standards for COVID positive cleaning.

All other movement on the yard will require the wearing of the KN95 mask and direct custody escort to ensure no interactions between housing units. Medication distribution and collection of 7362's will be conducted at the clinic at the outside window during yard or meals and also during nursing rounds conducted in the affected housing unit(s).

All medical ducats, BPH and VCS ducats will be honored, requiring inmates wear a KN95 facemask and be escorted to the necessary area for services. Medical staff will conduct rounds in dorm B5. Rounds will be logged in the unit logbook.

All critical workers in a specific area must be from the same housing unit. All workers will be screened for symptoms prior to reporting for work. Inmates in the test to program well be required to test prior to reporting to work.

Off-site appointments will be transported solo and require wearing of an N95 facemask. Healthcare staff, education and PIA participated in the planning and proposals of this program. This Modification Order will be reviewed on Friday, July 7, 2023, at approximately 0800 hours.

| REVIEWED BY: | DATE: 7-6-23 | SIGNATURE (WARDEN): | DATE: | SIGNATURE (ASSOCIATE DIRECTOR): | DATE: |
|---|---|---|---|---|---|
| | | | | (REQUIRED FOR INITIAL, CLOSURE, & STATE OF EMERGENCY) | |
| Moises Soria, HCA Captain | | NAME: David Holbrook Warden    7/6/2023 | | G. Matteson, Associate Director (A) | |

# Exhibit (B)

## Retaliation and Harassment ISSUES Experienced Since 5-8-23 thru 7-04-23 ..etc..

Plaintiff believes this is in response to the previous Civil Action Complaints that are in review and settled...

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (03/20)

RECEIVE
MAY 19 2023
CVSP OFFICE
OF GRIEVANCE

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | Grievance #: | 401240 | Date Received: | 5-19-23 |
|---|---|---|---|---|
| | Date Due: | 7-19-23 | | |
| | Categories: | | | |

_This is the process to ask for help with a complaint._

Claimant Name: JAMES ALLEN    CDCR #: V-69177    Current Housing/Parole Unit: BRAVO 4-12-3LOW

Institution/Facility/Parole Region: C.V.S.P.

In order for the Department to understand your complaint, make sure you have answered the following questions:

- What is the nature of your complaint?
- When and where did the complaint occur?
- Who was involved?
- Which specific people can support your complaint?
- Did you try to informally resolve the complaint?
- What rule or policy are you relying on to make your complaint?
- Are there documents that would be helpful to support your position? List the documents if you do not have them. Please note that documents submitted with this form will not be returned.
- What specific action would resolve your complaint?

MAY 19 2023
CVSP OFFICE
OF GRIEVANCE

The nature of this Complaint is to Put C.V.S.P. Administration on Notice that several conspicuous retaliatory harassment incidents occurred in sequence of (1) one week time period. On 5/08/23, between 6:30 pm and 8:30 pm I was denied three times to have my important legal mail processed through Complex Delta Program Office by Sgt. Perry. I had a Court deadline for the Federal Eastern District Court that was due on the 10th of May 2023. I was reluctantly forced to send my mail out via Delta 9's housing unit's general inmate mail deposit box. Previously, I have had to 602 Appeal Grievance for legal mail being prepened and missing — Log. No. #360922.
On 5/12/23 approximately 5:15 pm Claimant and Plaintiff was accosted by Lt. Ledestich upon exiting complex Delta chowhall and ordered to step to the side. Lt. Ledestich initiated rhetoric in which he ridiculed me for having shown sentimental concerns and nurturing for a Pigeon that had been severely injured and could no longer fly, while being surrounded by 5 to 6 C.O.'s and a sergeant. However, without warning I was ordered to cuff up and then escorted to the Program office by one of the C.O. officers present under the instructions of Lt. Ledestich. Upon arriving at the program office, Lt. Ledestich introduced and communicated a false rules violation/lock up order and arranged for me to be sent to Solitary Confinement at Ironwood State Prison. Therefore, demonstrating "Incompatible Activity" 3413 (a)(A)(i)(X)(2), 3084.1 (2) of the CCR Title 15; furthermore, Civil Code Sections "Retaliation Slander and Liability (CASE LAW) "Negative Entries placed in your prison's records because of suit or actions being sued about" "An Entry which could reduce your chances for parole could count as a related injury." Sibron v. New York, 392 U.S. 40, 55 (1968).
As a result of Lt. Ledestich's unwarranted actions, Claimant/Plaintiff's "BPH" date has been now adversely impacted; in addition, to losing my institutional job assignment, credit earning, custody

DISTRIBUTION    Original: Offender's File    Copies: DAI, DAPO, and Offender

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (03/20)

level, Personal finances from wages that could have been earned that could have contributed towards my restitution, Potential visiting Privileges, Personal and Emotional, Psychological wellbeing, and safety and security to be housed at C.V.S.P. due to fear and Potential retaliation, harassment, and targeting unethical practices.

Nevertheless, on 5/15/23 Claimant/Plaintiff suffered a mild Panic attack due to being placed in a transportation Van wherein I Persevered vehement suffocating conditions because of a lack of natural air and air conditioning ventilation due to being shackled in the mid section of the van enclosed in a tight space with Property boxes stacked high causing claustrophobic panic because the windows, doors, and steel and Plexy glass had me secured and trapped within with temperatures sweltering above 100's, approximately 4:00 pm. There had been an apparent mix up with the transportation papers that caused the transporting officers to divert from what would have been routine assignment for 10 to 15 minutes the officers confabbed with ISP officers being unaware of might plight outside the van within the Sallyport Security gate. This situation caused me fear and Panic because of Potential of an unwarranted "Heat Stroke" due to me being a middle age man in my 50's. Claimant and Plaintiff suspected these (3) three events could have been orchestrated due to Claimant and Petitioner settled the first of (2) Two Civil Claim Actions brought against CDCR employees, with a major Civil Claim Action awaiting to be resolved in the Federal Eastern District Court against CDCR EMPLOYEES STEMMING from wreckless words and actions that almost cost me my life at CCI Prison in Tehachapi, CA.

Claimant/Plaintiff wishes to sincerely and regretably express that if future coincidental abnormal Occurrences continue "I will lodge urgent new 602's and Pursue additional Civil Rights Actions for violations perceived, or factual with their names added to both ongoing, and new Civil Rights Claims in the Federal Eastern District Court requesting Emergency injunctions be given the utmost considerations and Order...etc..."

Thank You!

**Reminder:** Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

**Claimant Signature:** _James D. Allen # V-69177_     **Date Signed:** _5/17/23_

DISTRIBUTION     Original: Offender's File     Copies: DAI, DAPO, and Offender



CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

# CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

**Offender Name:** ALLEN, JAMES D.                    **CDC#:** V69177

**Date:** 05/19/2023

**Current Location:** CVSP-Facility B          **Current Area/Bed:** B 004 1012003L

**From:** Office of Grievances at Chuckawalla Valley State Prison

**Re:** Log # 000000401240

The California Department of Corrections and Rehabilitation Office of Grievances at Chuckawalla Valley State Prison received your grievance on 05/19/2023. Your grievance has been assigned for review and response.

Pursuant to California Code of Regulations, title 15, the Office of Grievances will complete its review no later than 07/19/2023.

Please be informed that the Office of Grievances will not respond to any inquiries about the status of a grievance prior to the date shown above.

CDCR SOMS OGTT300
CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

**CALIFORNIA DEPARTMENT of Corrections and Rehabilitation**

# ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE

| INSTITUTION NAME<br>CVSP-Facility D | INMATE'S NAME<br>ALLEN, JAMES D. | CDC NUMBER<br>V69177 |
|---|---|---|

| REASON(S) FOR PLACEMENT *(PART A)* |
|---|

☑ PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

☑ JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

☑ ENDANGERS INSTITUTION SECURITY    ☐ RETAINED IN ASU AS NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:
On Friday May 12, 2023 you inmate Allen, J. CDCR# (V69177) D9, 21-3L are being removed from Chuckawalla Valley State Prison Facility D non-designated general population and rehoused at Ironwood State Prison (ISP) Administrative Segregation Unit (ASU).

Specifically, Friday May 12, 2023 you were interviewed by the Facility D Lieutenant in the Facility D Program office regarding a contraband pigeon that was discovered by staff that you have in your assigned living area. Staff ordered you to voluntarily remove the bird from your living area or staff will remove it. You continually refused to comply with staff's orders and became upset and stated that you felt that someone in the housing unit "snitched on you" and without the bird in your possession, if you were released back to the housing unit that you were "going to go off". You further stated that the Lieutenant needed to lock you up stating "I'm trying to do you a favor to minimize the damage". After the Lieutenant asked you to clarify your statement, you further stated 'I'm done talking, it's about to get ugly".

Due to the aforementioned threatening statements that you made, you are deemed a threat to the safety and security of the Institution, its Staff and other Inmates. You will remain in ASU pending an investigation into your safety concerns, the threatening statements that were made, and a review by ICC to determine your future housing and programming needs. This placement may impact your privilege group, visitation privileges, credit earning, and custody level.

Inmate Allen has a 12.9 reading level and is not a participant in the mental health services delivery system (MHSDS) at any level of care.

This Placement Order has been ordered by Lieutenant M. Ledestich

☐ IF CONFIDENTIAL INFORMATION USED, DATE INFORMATION DISCLOSED:

| DATE OF ASU<br>PLACEMENT<br>05/12/2023 | SEGREGATION AUTHORITY'S PRINTED NAME<br>M. Ledestich | SIGNATURE<br>M. Ledestich | TITLE<br>Lieutenant |
|---|---|---|---|

| DATE NOTICE<br>SERVED<br>05/12/2023 | TIME<br>SERVED<br>20:30:00 | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE<br>M. Ledestich | SIGNATURE | STAFF'S<br>TITLE<br>Lieutenant |
|---|---|---|---|---|

| ☒ INMATE REFUSED TO SIGN | INMATE SIGNATURE | CDC NUMBER<br>V69177 |
|---|---|---|

You were identified with a disability of:
☐ Hearing  ☐ Vision  ☐ Speech  ☐ Learning Disability  ☐ TABE under 4.0 / no TABE  ☐ Developmental Disability  ☐ CCCMS  ☐ EOP
☐ Foreign Language Speaking

*ROB BONTA*
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 510-4400
Telephone: (415) 510-3365
Facsimile: (415) 703-5843
E-Mail: Juliet.Lompa@doj.ca.gov

March 21, 2023

James D. Allen (V69177)
P.O. Box 2349
Blythe, CA 92226

RE:     *James Allen (V69177) v. Dean*
        USDC, Eastern District of California, Case No. 1:21-cv-001150 NONE EPG

Dear Mr. Allen:

        This letter confirms we have reached a settlement of the above referenced case for $6,240.

        Please find enclosed for your review and signature the settlement agreement, the stipulation for dismissal and the payee data form. In order to complete the settlement and for CDCR to begin processing the settlement agreement, the settlement agreement, voluntary dismissal, and payee data form must be completed and returned. Please sign and date the settlement agreement and voluntary dismissal on the signature lines provided for you, Plaintiff James Allen.

        Also, complete section 3 of the Payee Data Form where it requests your Social Security Number, section 4 where it requests you to mark if you are a California Resident or not, and section 5 where it requests your signature and the date.

        After you sign the required documents, you can give them back to the litigation coordinator for them to be sent to me. I will provide you a fully signed copy for your records.

                                Kind regards,

                                *Juliet Lompa*

                                JULIET LOMPA
                                Deputy Attorney General

                For     ROB BONTA
                        Attorney General

Enclosures

FILED

NOV 21 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ al _____
DEPUTY CLERK

James D. Allen #V-69177 aka LLord J.P. Allen
Name and Prisoner/Booking Number
Chuckawalla State Prison / C.V.S.P.
Place of Confinement
P.O. BOX 2349
Mailing Address
BLYTHE, CA. 92226
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES D. ALLEN, AKA
LLORD J.P. ALLEN
(Full Name of Plaintiff)          Plaintiff,

v.

(1) Correctional Officer, ARIAS
(Full Name of Defendant)
(2) " and others "

(3) _____

(4) _____
                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 1:22-CV-01502-BAM (PC)
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER
" JURY TRIAL DEMANDED "
☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
     ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983    "STATE" Related claims: "BANE ACT" Civil Rights. Supplement.
                                                  Jurisdiction over Plaintiffs STATE LAW CLAIM. UNDER 28 U.S.C. SEC
     ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
     ☐ Other: _____

2.   Institution/city where violation occurred: CALIFORNIA CORRECTIONAL INSTITUTION / TEHACHPI, CA.

RECEIVED

NOV 21 2022

Revised 3/13/2016                              1

1  complaint must be "complete in itself without reference to the prior or superseded pleading."

2  Local Rule 220.

3      Based on the foregoing, it is HEREBY ORDERED that:

4      1.    The Clerk's Office shall send Plaintiff a complaint form;

5      2.    Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a

6  first amended complaint curing the deficiencies identified by the Court in this order, or file a

7  notice of voluntary dismissal; and

8      3.    If Plaintiff fails to file an amended complaint in compliance with this order, the

9  Court will recommend dismissal of this action, with prejudice, consistent with the reasons

10  discussed in this order.

11

12  IT IS SO ORDERED.

13  Dated:   **April 10, 2023**              /s/ *Barbara A. McAuliffe*

14                          UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| **STAFF USE ONLY** | OGT Log No: 000000401240 | Date Received: _____ |
|---|---|---|
| | Decision Due Date: _____ | |
| | Categories: _____ | |

Claimant Name: _____ ALLEN, JAMES DINA _____    CDCR #: _____ V69177 _____

Institution/Parole Region: _C. V. S. P._    Current Housing/Parole Unit: _# B4 - 12 - 1UP_

**STAFF USE ONLY**

_Use this form to appeal a decision or a remedy by the Office of Grievances._

Do not include new complaints on this form, they must first be filed with the Office of Grievances on a Form 602-1.

OGT Log No: _____ 000000401240 _____    Claim No: _Claim(s) 003 #002 #001_

Explain the reason for your appeal. Be as specific as you can.

_I am dissatisfied with the response I was given because_ The total time frame of the transportation 11 minute time line does not account for the period I was sitting helpless and constrained in a over heated unventilated van suffering from a mild panic attack. furthermore I did informed the receiving RN of my condition but after personal inquiry she reported I said "harassment" upon documenting my experience, of which I believe to be the case in that particular matter. In addition, since reporting previous claims involving the nature of this 602 I have experienced

> **This form shall be submitted by mail to:**
> Office of Appeals
> Department of Corrections and Rehabilitation
> P.O. Box 942883
> Sacramento, CA 95811

**IMPORTANT:**
The Office of Appeals will consider all of the supporting documentation you previously submitted to the Office of Grievances when reviewing your appeal, but will **not** consider any new documentation.
Therefore, it is recommended you not attach any documentation to this form.
**Furthermore, any documentation you attach to this form will not be returned to you.**

Claimant Signature: _James Allen # V-69177_    Date Signed: _7/06/23_

_ADA Accessible_

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**                    **CONTINUATION PAGE**                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 602-2 (Rev. 01/22)

Page 2 of 2

**OGT Log No:** _____000000401240_____        **Claim No:** Claim #003 #002

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because* additional covert target, retaliation, and harass-ment for No apparent reason(s). On 6-29-23 approximately 7:00AM I was called on the Prison's PA system to report to BRAVO YARDS Program Office wherein, I encountered C.O. CLARK Yard Officer and (2) additional C.O.'s. I was handed a form that was not warranted to be given me singly that conveyed rules + policy to not feed the animals. I specifically asked C.O. Clerk was this document posted throughout the housing units, in which he replied, "No." I followed that inquiry as to why he specifically singled me out — out of all the inmates on the yard to call me specifically? He C.O. Clark gave a vague explanation that does not justify his rational. I informed C.O. CLARK that his indiscretion was harassment and unnecessary retaliatory suspicions.

On 6-30-23, approximately 7:15pm while in Housing Unit B4 — C.O. IM + floor Officer called my name over the housing unit PA system. upon reporting to the housing unit podium C.O. IM floor Officer for no apparent reason told me to "Stop feeding the Pigeons." I asked C.O. IM "Why did you single me out of all the inmates on the yard to tell me that?" He re-sponded by saying, "Some one told me you were feeding the pigeons." I then asked C.O. IM, "Was it another C.O. that told you that?" C.O. responded by saying, "No." There-fore I was compelled to express anger and displeasure for having being called over the Institution's PA system to warn me as a claimant/Plaintiff to not feed the Pigeons based on someone's second hand snitching account that was other than an Official's Account (C.O.). I then requested to speak with the sergeant. inorder to convey my resentment for being harassed over Pigeon's that I presumably was feeding; however, the acting Lieutenant arrived and addressed the matter in the moment because both incidents occurred less than a 48 hour time period.

In addition, shortly thereafter, I received notice of a Settlement Check awarded to me by the CDCR for a Civil Rights violation due to a civil suit brought against a CDCR Employee that had appeared to have breached the Settlement Agreement/Contract due to the fact, The CDCR charged me fees in excess of the amount of debt obligations I was being held accountable for, Therefore, I've had to file 602 Inmate Appeal Grievance No. # Log No.# 000000417917 in order to retrieve monies erroneously stripped from my inmate Trust Account fraudulently, all of which, comprises further suspicious conduct by the CDCR C.V.S.P. Administration. Claimant/Plaintiff feels he is being targeted for harassment and retaliation due to litigation being pursued in the USDC, Eastern District Federal Courts because of Previous violations against Claimant/Plaintiff's Civil Rights. CASE No.# 1:22-CV-01502-BAM(PC) Claimant/Plaintiff will now pursue Injunction Relief because of these recent events, within the Federal Courts.

*ADA Accessible*

STATE OF CALIFORNIA                                                DEPARTMENT OF CORRECTIONS AND REHABILITATION
**REQUEST TO IMPLEMENT REMEDIES**
CDCR 602-3 (Rev. 01/22)                                                                              Page 1 of 1

| **STAFF USE ONLY** | OGT Log No: _____ 000000401240 _____ Date Received: _____ |
| | Remedy Confirmed: _____ Remedy Unconfirmed: _____ |
| | Screen Out: _____ Status Letter: _____ Resolved: _____ |

**Claimant Name:** ALLEN, JAMES DINA _____    **CDCR #:** _____ V69177 _____

**Institution/Parole Region:** _C. V. S. P._ _____    **Current Housing/Parole Unit:** _B4-12-1ᵁᴾ_ _____

_Use this form to ask for a remedy that was granted but is overdue._

Do not include new complaints on this form, they must first be filed with the Office of Grievances on a Form 602-1.

**Grievance or Appeal Log No:** _____ 000000401240 _____

**Claim No:** _CLAIM # 003 ⁼ 002_ _____

**Date of Decision:** _____

**Description of Remedy:** _____

_____

```
This form shall be submitted by mail to:
Remedies Compliance Coordinator
Department of Corrections and Rehabilitation
P.O. Box 942883
Sacramento, CA 95811
```

**IMPORTANT:**

The Remedies Compliance Program is only intended to resolve delays in the implementation of a remedy previously granted by the Office of Grievances or the Office of Appeals; it is not intended for new issues, or to seek additional remedies, or to dispute the remedy provided.

When reviewing this request, the Office of Appeals will consider all of the supporting documentation you previously submitted to the Office of Grievances but will not consider any new documentation. Therefore, it is recommended you not attach any documentation to this form.

**Furthermore, any documentation you attach to this form will not be returned to you.**

**Claimant Signature:** _James Allen # V-69177_    **Date Signed:** _7/06/23_

_ADA Accessible_

CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# RULES VIOLATION REPORT

| CDC NUMBER V69177 | INMATE'S NAME ALLEN, JAMES D. | MEPD 03/21/2041 | FACILITY CVSP-Facility B | HOUSING LOCATION CVSP-B - B 004 1 - 012001U |
|---|---|---|---|---|

| VIOLATION DATE 07/04/2023 | VIOLATION TIME 12:20:00 | VIOLATION LOCATION CVSP-Facility B - YARD | WITH STG NEXUS No |
|---|---|---|---|

Did the reporting employee ensure the inmate understands (to the best of his/her ability) the consequences of the continued misconduct? N/A

Did the reporting employee take into consideration the severity of the inmate's disability and the need for adaptive support services when determining the method of discipline? N/A

**CIRCUMSTANCES OF VIOLATION**
On Tuesday July 4, 2023 at approximately 1220 hours while assigned as Facility "B" Security Patrol #1 I was monitoring Bravo Yard when I observed Inmate Allen, J CDC # V69177 (B-4-12-1U) in front of Bravo 4 housing unit throwing food on the grass, which brought the pigeons to that area to eat. Inmate Allen continued throwing food two more times. On Thursday June 29, 2023 at 0710 hours I verbally counseled inmate Allen that he is not allowed to feed or handle the pigeons Inmate Allen was not receptive, and stated, "I am going to keep feeding them. You do your job, you do what you have to" It should be noted by Inmate Allen housing unit bed card, he was counseled On June 30, 2023 by Correctional Officer Korluck for feeding the pigeons. This concludes my report.

Per Operational Procedure F #30 Section V (A) "Do not touch or feed wild rodents or any other wild animals."

Per # 36305

| REPORTING EMPLOYEE J. Clark | TITLE C/O | ASSIGNMENT B S&E #1 | RDO S/S | DATE: 07/05/2023 |
|---|---|---|---|---|

| RVR LOG NUMBER: 000000007322076 | VIOLATED RULE NUMBER: 3005(b) |
|---|---|
| SPECIFIC ACT: Disobeying an Order | |

| CLASSIFICATION | | |
|---|---|---|
| LEVEL: Counseling Only | | OFFENSE DIVISION: |
| REFERRED TO: | | FELONY PROSECUTION LIKELY: |

| REVIEWING SUPERVISOR R. Walker | TITLE SGT | DATE 07/05/2023 |
|---|---|---|

CDCR SOMS ISST120 - RULES VIOLATION REPORT

STATE OF CALIFORNIA
GA-22 (Rev. 2013-10)

DEPARTMENT OF CORRECTIONS & REHABILIATION

# INMATE REQUEST FOR INTERVIEW

| DATE | TO | FROM (LAST NAME) | | CDCR NUMBER |
|---|---|---|---|---|
| 7-06-23 | B4-HU - C.O. Koroluck | Allen, | J. | V-69177 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | |
|---|---|---|---|---|
| B4 — 12 — | 14P | UNASSIGNED | FROM | TO |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS | |
|---|---|---|
| N/A | FROM | TO |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

C.O. Koroluck I Am requesting information regarding June 30, 2023. Can you Please inform Me, Inmate Allen if you had to Counsel me, issue a verbal warning because you saw me feeding the Pigeons on 6/30/23?!

**Do NOT write below this line. If more space is required, write on back.**

| INTERVIEWED BY | DATE |
|---|---|
| D. KOROLUK | 7/6/23 |

DISPOSITION

I did not witness you, Inmate Allen feeding the pidgeons.

STATE OF CALIFORNIA
GA-22 (Rev. 2013-10)

DEPARTMENT OF CORRECTIONS & REHABILITATION

# INMATE REQUEST FOR INTERVIEW

| DATE | TO | FROM (LAST NAME) | | CDCR NUMBER |
|------|-----|------------------|--|-------------|
| 7-07-23 | B4-HU-C.O. IM | Allen J. | | V-69177 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | |
|---------|------------|------------------|-----------|--|
| B4 - 12 - | 1ᵁ P | UNASSIGNED | FROM ← | TO ~ |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS | |
|------------------------------------------|------------------|--|
| N/A | FROM ——— | TO |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

C.O. IM, I am requesting information regarding June 30, 2023. CAN you Please inform me, inmate Allen if you had to counsel me or issue a verbal warning because you saw me feeding the Pigeons on 6-30-23?!

#1. I DID NOT SEE Ae

---

**Do NOT write below this line. If more space is required, write on back.**

| INTERVIEWED BY | C/O PJ. IM.  I DID NOT SEE I/M ALLEN | DATE 7/7/23 |
|----------------|---------------------------------------|-------------|

DISPOSITION  WAS FEEDING THE BIRDS IN THAT DAY (JUNE 30, 23)

State of California

## Proof of Service by Mail

I hereby declare that on 7-24-23 I filed the following document(s) with the Clerk of the court by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully paid in the United States mail at

(1) Objection(s) to Magistrate Judge's Findings and Recommendation, and Second Amended Complaint Request, and exhibits. Also, Proof of SERVICE

(2) _____

I have caused to be mailed the above document(s) to the following party(ies) and addressed as follows:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
OFFICE OF The CLERK
2500 Tulare Street, ROOM 1501
U.S. COURTHOUSE BUILDING
FRESNO, CALIFORNIA 93721-2201

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on the date of 7-24-23, at C.V.S.P., BLYTHE California.

James D. Allen #V-69177
Petitioner's name

James D. Allen #V-69177
Petitioner's Signatures

CDCR #V-69177 /Cell: B4-12-1up
C.V.S.P.
P.O. BOX 2349
BLYTHE, CA. 92226

Prison Mailbox Rules

Under the "Prison Mailbox Rule" a prisoner's legal document is deemed failed, for statute of limitation purposes. When he/she hands it over to prison authorities for mailing. [Houston v. Lack(1988) 487 U.S. 266,274, Huizor v. Carey (9th Cir. 2001) 273 F.3d 1220,1222.] The mailbox rule applies to prisoners filing in both federal and state courts[ Hulzar, 273 F.3d at p. 1223.]