JAMES D. ALLEN #V-69177 #C4-237
Name and Prisoner/Booking Number
CALIFORNIA INSTITUTION FOR MEN
Place of Confinement
P.O. BOX 500
Mailing Address
CHINO, CALIFORNIA      91708
City, State, Zip Code

**FILED**

OCT 10 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES D. ALLEN
(Full Name of Plaintiff)        Plaintiff,

v.

(1) M. RODRIGUEZ   c/o
(Full Name of Defendant)
(2) JOHN DOE   c/o

(3)

(4)
                    Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:22-CV-01502-ADA-BAM (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**
"JURY TRIAL DEMANDED"
☐ Original Complaint
☑ First Amended Complaint
☑ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983  Supplemental JURISDICTION OVER PLAINTIFF'S STATE LAW CLAIMS UNDER 28 U.S.C. § 1367
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____

2.  Institution/city where violation occurred: CALIFORNIA CORRECTIONAL INSTITUTION / Tehachapi, CA.

**RECEIVED**

OCT 10 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

## B. DEFENDANTS

1. Name of first Defendant: _M. RODRIGUEZ_____. The first Defendant is employed as:
_CORRECTIONAL OFFICER_____ at _CALIFORNIA CORRECTIONAL INSTITUTION_.
<div style="display:flex;justify-content:space-between;"><span>(Position and Title)</span><span>(Institution)</span></div>

2. Name of second Defendant: _JOHN DOE_____. The second Defendant is employed as:
_CORRECTIONAL OFFICER_____ at _CALIFORNIA CORRECTIONAL INSTITUTION_.
<div style="display:flex;justify-content:space-between;"><span>(Position and Title)</span><span>(Institution)</span></div>

3. Name of third Defendant: _____. The third Defendant is employed as:
_____ at _____.
<div style="display:flex;justify-content:space-between;"><span>(Position and Title)</span><span>(Institution)</span></div>

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
_____ at _____.
<div style="display:flex;justify-content:space-between;"><span>(Position and Title)</span><span>(Institution)</span></div>

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?     ☑ Yes     ☐ No

2. If yes, how many lawsuits have you filed? _1_. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _JAMES D. ALLEN - PLAINTIFF_ v. _RASHAWN Q. DEAN - DEFENDANT_
      2. Court and case number: _U.S. D.C. EASTERN DISTRICT OF CALIFORNIA CASE NO. 1:21-CV-00150-JLT-EPG(PC)_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_THE PARTIES REACHED A_
      _SETTLEMENT AGREEMENT FOR $6,240 ON MARCH 21, 2023._

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: Defendant M. Rodriguez use of "Excessive Force" violated Plaintiff's 8th Amendment Rights of the U.S. Constitution, and California State Law "CALIFORNIA CIVIL CODE § 43 FOR ASSAULT AND BATTERY."

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities        ☐ Mail               ☐ Access to the court    ☐ Medical care
☐ Disciplinary proceedings ☐ Property           ☐ Exercise of religion   ☐ Retaliation
☑ Excessive force by an officer ☐ Threat to safety ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On 11-18-21, at CCI Prison - Tehachapi, CA., Housing Unit C4-248 Plaintiff observed inmate Maddox attempting suicide. Plaintiff intervened and averted the tragedy. Upon inquiry, I/m Maddox revealed he was being coerced to snitch on inmate affairs for having attempted to cash bribe c/o Arias, in addition to other personal problems. Plaintiff persuaded I/m Maddox into a suicide intervention with c/o's Arias and Burgess. C/o Burgess addressed the situation by placing I/m maddox into restraints and escorted to an undisclosed location. However I/m Maddox was permitted to return to HU-C4-248 approximately 1½ hours later.

On 11-19-21, approximately 2:00 pm, I/m Maddox attempted to murder Plaintiff by attacking him with a box cutter blade. Plaintiff sustained two injuries ~ a 7.5 cm length /0.5 cm width deep slash on the left forearm, and a 5.5 cm length / 1.0 cm width deep slash on Plaintiff's right shoulder Trapezius area.

C/o John Doe responded to the alarm code in HU-C4 wherein he encountered an unconscious I/m Maddox incapacitated on the floor from a blow that Plaintiff had delivered. Several seconds later, c/o John Doe also discovered Plaintiff kneeling on one knee by A-section Phones before ordering Plaintiff to prone out on the floor. C/o John Doe placed Plaintiff in handcuffs, then performed a cursory clothed body search and discovered blood on the left side of the
(CONTINUE 5-A)
5-B

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Plaintiff sustained (2) two physical Injuries from box cutter blade, Plaintiff is currently a participant in the Mental Health "CCCMS" Program for psychological help and continues to suffer emotionally and mentally and physically anxiety. Loss of Prison employment and financial gain, credit earning wk./priv., and Restitution hindrance.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: Defendant John Doe failed to intervene to prevent the misuse of force, "Failure to Protect" in violation 8th Amendment under U.S. Constitution.

2. **Claim II.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

   ☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care

   ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation

   ☐ Excessive force by an officer    ☐ Threat to safety    ☑ Other: "Failure to Protect"

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On 11-18-21, at CCI Prison-Tehachapi, CA., Housing Unit C4-248, Plaintiff observed I/M Maddox attempting suicide. Plaintiff intervened and averted the tragedy. Upon inquiry, I/M Maddox revealed he was being coerced to switch on "inmate affairs" for having attempted to cash bribe C/O Arias, in addition to having other personal problems. Plaintiff persuaded I/M Maddox into an suicide interdventions with c/o's Arias and Burgess. C/o Burgess addressed the situation by placing I/M Maddox into restraints and escorted to an undisclosed location. However, I/M Maddox was permitted to return to HU-C4-248 approximately 1½ hrs. later.

The following day, 11-19-21, approximately 2:00 pm, I/M Maddox attempted to murder Plaintiff by attacking him with a boxcutter blade. Plaintiff was injured and suffered two injuries – a 7.5 cm length 10.5 cm width deep slash wound on the left forearm, and a 5.5 cm length 1.0 cm width deep slash on Plaintiff's right shoulder Trapezius area. C/o John Doe responded to the alarm code in HU-C4 wherein he encountered an unconscious I/M Maddox incapacitated on the floor from a blow that Plaintiff had delivered. Several seconds later, C/o John Doe also discovered Plaintiff kneeling on one knee by A-section phones before ordering Plaintiff to prone out on the floor. Defendant John Doe placed Plaintiff in handcuffs, then performed a cursory clothed body search and discovered blood on the left side of Plaintiff's buttox that had seeped from the left forearm injury. (CONTINUED 5-C) 5-D

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Plaintiff sustained (2) two physical injuries from boxcutter blade. Plaintiff is currently a participant in the Mental Health "CCC" Program for Psychological help and continues to suffer emotionally and mentally and physical anxiety. Loss of Prison employment and financial gain, credit earning wrk/priv. and restitution hindrance.

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☑ Yes   ☐ No

   b. Did you submit a request for administrative relief on Claim II?    ☑ Yes   ☐ No

   c. Did you appeal your request for relief on Claim II to the highest level?    ☑ Yes   ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

    ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation
    ☐ Excessive force by an officer      ☐ Threat to safety    ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Claim III?    ☐ Yes  ☐ No
    c.  Did you appeal your request for relief on Claim III to the highest level?    ☐ Yes  ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

D. CAUSE OF ACTION

CONTINUATION OF CLAIM I:

Plaintiff's buttox that had seeped from the left forearm injury. C/o John Doe alerted Plaintiff that I had been hit with something sharp. Plain- immediately requested c/o John Doe to check his neck several times, wherein defendant c/o John Doe discovered a second injury that caus- ed him to exclaim, "Ooh!" before abruptly leaving Plaintiff lying handcuffed on his stomach. Within several minutes c/o John Doe and co-defendant c/o Rodriguez returned to the area where Plain- tiff was located on the floor by A-section phones.

Once co-defendant(s) c/o John Doe and c/o Rodriguez got within a foot and the half of Plaintiff, c/o Rodriguez began to spray the Plaintiff in the face, eyes, head, shoulders, neck, ears, and injuries.. etc.. Plaintiff immediately began to burn, cough, choke, and gasp for air.
Subsequently, seconds later I/M Maddox was sprayed while unconscious with an entire cans of chemical agent that caused him to go into convulsions and cardiac arrest.

Plaintiff was left in burning condition for 10 to 15 minutes on the floor before being escorted to Facility C medical where Plaintiff was triaged and, then transferred to Tehachapi

(5-A)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

D. CAUSE OF ACTION

CONTINUATION OF CLAIM I:

hospital for treatment where Plaintiff received sutures for both injuries.

On 11-19-21, at "CCI" Prison - Tehachapi, CA., Defendant M. Rodriguez use of "EXCESSIVE FORCE" violated Plaintiff's 8th Amendment rights under the UNITED STATES CONSTITUTION, and constituted "Cruel and Unusual Punishment" for spraying chemical agent in "Bad Faith" on Plaintiff without need or Provocation; therefore, also violating California State Law, California Civil Code § 43 "The right of Protection from bodily restraint or harm." California Penal Code § 240

(5-B)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

D. CAUSE OF ACTION

CONTINUATION OF CLAIM II:

c/o John Doe alerted Plaintiff that I had been hit with something sharp. Plaintiff immediately requested c/o John Doe to check his neck several times, wherein defendant c/o John Doe discovered a second injury that caused him to exclaim, "Ooh!" before abruptly leaving Plaintiff lying handcuffed on his stomach. Within several minutes c/o John Doe and co-defendant c/o Rodriguez returned to the area where Plaintiff was located on the floor by A-section phones.

Once co-defendants c/o John Doe and c/o Rodriguez got within a foot and the half of Plaintiff, c/o Rodriguez began to spray the Plaintiff in the face, eyes, head, shoulders, neck, ears, and injuries...etc.. Plaintiff immediately began to burn, cough, choke, and gasp for air.

Subsequently, seconds later I/m Maddox was sprayed while unconscious with an entire can of chemical agent that caused him to go into convulsions and cardiac arrest.

Plaintiff was left in burning condition for 10 to 15 minutes on the floor before being escorted to facility C medical where Plaintiff was triaged and, then transferred to Tehachapi hospital for treatment where Plaintiff received sutures for both injuries.

(5-C)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

D. CAUSE OF ACTION

Continuation OF CLAIM II:

Defendant C/O John Doe failed to intervene to prevent the misuse of force, demonstrating a "Failure to Protect" violating Plaintiff's Rights against "Cruel and Unusal Punishment under the 8th Amendment of the United States Constitution.

(5-D)

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Plaintiff is seeking compensatory, Punitive, and nominal damages, and any additional money damages appropriated by the Court or Jury against defendants' c/o M. Rodriguez and c/o John Doe, each being sued in their individual capacity, both Jointly and severally for the damages associated with the injuries sustained by the plaintiff in whom is presenting this 42 U.S.C. §1983 before the Court in the amount of $500,000 each. Plaintiff assert defendants acted under color of state Law. Plaintiff assert he has complied with the California Government Claims Act. Plaintiff Presented a claim with the Gov. Claims Board and was denied. GCP File No. 22027898.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   October 5, 2023
              _____
              DATE

James D. Allen # V-69177
_____
SIGNATURE OF PLAINTIFF

N/A
_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

N/A
_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

State of California

## Proof of Service by Mail

I hereby declare that on _October 5 2023_ I filed the following document(s) with the Clerk of the court by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully paid in the United States mail at _CIM Prison, CHINO, CA. 91708_.

(1) _2ND Amended Complaint_

(2) _Proof of Service_

I have caused to be mailed the above document(s) to the following party(ies) and addressed as follows:

_UNITED STATES DISTRICT COURT_

_EASTERN DISTRICT OF CALIFORNIA_

_OFFICE OF THE CLERK_

_2500 TULARE STREET, ROOM 1501_

_U.S. COURTHOUSE BUILDING_

_FRESNO, CA. 93721-2201_

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on the date of _10-05-23_, at _CIM PRISON, CHINO_ California.

_JAMES D. ALLEN_

Petitioner's name

_James D. Allen_

Petitioner's Signatures

_CALIFORNIA INSTITUTION FOR MEN_

_P.O. BOX 500 - CHINO, CA. 91708_

CDCR # _V-69177_ /Cell: _C4-237_

Prison Mailbox Rules

        Under the "Prison Mailbox Rule" a prisoner's legal document is deemed failed, for statute of limitation purposes. When he/she hands it over to prison authorities for mailing. [Houston v. Lack(1988) 487 U.S. 266,274, Huizor v. Carey (9th Cir. 2001) 273 F.3d 1220,1222.] The mailbox rule applies to prisoners filing in both federal and state courts[ Hulzar, 273 F.3d at p. 1223.]