UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. ALLEN,<br><br>            Plaintiff,<br><br>      v.<br><br>ARIAS, *et al.*,<br><br>            Defendants. | No.  1:22-cv-01502-NODJ-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(ECF No. 23) |

Plaintiff James D. Allen is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 18, 2023, the assigned Magistrate Judge screened Plaintiff's second amended complaint and issued findings and recommendations that this action proceed against: (1) Defendant M. Rodriguez for excessive force in violation of the Eighth Amendment; (2) Defendant M. Rodriguez for assault and battery under state law; and (3) Defendant John Doe for failure to protect/intervene in violation of the Eighth Amendment.  (ECF No. 23.)  The Magistrate Judge further recommended all other claims and defendants be dismissed, with prejudice, based on Plaintiff's failure to state claims upon which relief may be granted and/or improperly joined claims.  (*Id.*)  The findings and recommendations were served on Plaintiff and

//

contained notice that any objections were to be filed within fourteen days after service. (*Id.* at 8.) No objections have been filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations issued on October 18, 2023, (ECF No. 23), are adopted in full;
2. This action shall proceed on Plaintiff's second amended complaint, filed October 10, 2023, (ECF No. 22), against:
   a. Defendant M. Rodriguez for excessive force in violation of the Eighth Amendment (claim 1);
   b. Defendant M. Rodriguez for assault and battery under state law (claim 1); and
   c. Defendant John Doe for failure to protect/intervene in violation of the Eighth Amendment (claim 2);
3. All other claims and defendants are dismissed from this action, with prejudice, for failure to state claims upon which relief may be granted and/or improperly joined claims; and
4. This action is referred back to the Magistrate Judge for proceedings consistent with this order.

DATED: January 2, 2024.

CHIEF UNITED STATES DISTRICT JUDGE