# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. ALLEN,<br><br>             Plaintiff,<br><br>      v.<br><br>ARIAS, *et al.*,<br><br>             Defendants. | Case No.  1:22-cv-01502-NODJ-BAM (PC)<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE WRITTEN NOTICE IDENTIFYING DEFENDANT JOHN DOE FOR SERVICE OF PROCESS<br><br>**NINETY (90) DAY DEADLINE** |

Plaintiff James D. Allen ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 3, 2024, the Chief District Judge ordered that this action proceed on Plaintiff's second amended complaint against: (1) Defendant M. Rodriguez for excessive force in violation of the Eighth Amendment; (2) Defendant M. Rodriguez for assault and battery under state law; and (3) Defendant John Doe for failure to protect/intervene in violation of the Eighth Amendment.  (ECF No. 25.)  By separate order, the Court has directed service of the complaint on Defendant Rodriguez.

At this time, the Court does not find service appropriate for Defendant John Doe because the U.S. Marshal cannot serve a Doe Defendant.  Therefore, before the Court orders the U.S. Marshal to serve Defendant John Doe, Plaintiff will be required to identify them with enough information to locate the defendant for service of process.  Once Plaintiff identifies Defendant

John Doe for service, he should file a motion to substitute the identity of Defendant John Doe in the complaint. If the motion is granted, the Court will direct the U.S. Marshal to serve Defendant John Doe. However, if Plaintiff fails to identify Defendant John Doe, then the unidentified defendant will be dismissed from this action.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within **ninety (90) days** from the date of service of this order, Plaintiff SHALL file a motion to substitute the identity of Defendant John Doe that provides the Court with enough information to locate them for service of process; and

2. **The failure to comply with this order will result in dismissal of the unidentified defendant from this action, without prejudice, for failure to serve with process pursuant to Federal Rule of Civil Procedure 4(m).**

IT IS SO ORDERED.

Dated: **January 8, 2024**           /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

2