# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. ALLEN,<br><br>            Plaintiff,<br><br>      v.<br><br>ARIAS, *et al.*,<br><br>            Defendants. | Case No.: 1:22-cv-01502-KES-BAM (PC)<br><br>ORDER THAT INMATE JAMES D. ALLEN IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff James D. Allen is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on August 7, 2024. Inmate James D. Allen, CDCR #V-69177, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **August 7, 2024**

UNITED STATES MAGISTRATE JUDGE