# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. ALLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>ARIAS, *et al.*,<br><br>    Defendants. | Case No. 1:22-cv-01502-KES-BAM (PC)<br><br>ORDER LIFTING STAY OF PROCEEDINGS (ECF No. 34)<br><br>ORDER DIRECTING CLERK OF COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER AND CONSENT/DECLINE FORM |

Plaintiff James D. Allen ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint against: (1) Defendant M. Rodriguez for excessive force in violation of the Eighth Amendment; (2) Defendant M. Rodriguez for assault and battery under state law; and (3) Defendant John Doe[1] for failure to protect/intervene in violation of the Eighth Amendment.

On March 25, 2024, the Court set this case for a settlement conference and stayed the action to allow the parties an opportunity to settle their dispute. (ECF No. 34.) As the case did not settle, (ECF No. 39), the Court finds it appropriate and necessary to lift the stay. This case is now ready to proceed.

---

[1] On February 14, 2024, Plaintiff filed a motion to substitute the identity of Defendant John Doe. (ECF No. 31.) The motion will be addressed by separate order.

1

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The stay of this action, (ECF No. 34), is LIFTED;
2. The Clerk of the Court is DIRECTED to issue a discovery and scheduling order and a consent/decline form to the parties; and
3. The parties may proceed with discovery pursuant to the discovery and scheduling order to be issued by separate order.

IT IS SO ORDERED.

Dated: **August 8, 2024**          /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE