# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. ALLEN,<br><br>  Plaintiff,<br><br>  v.<br><br>ARIAS, *et al.*,<br><br>  Defendants. | Case No. 1:22-cv-01502-KES-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE IDENTITY OF DEFENDANT JOHN DOE<br>(ECF No. 31)<br><br>ORDER DIRECTING PLAINTIFF TO FILE THIRD AMENDED COMPLAINT IDENTIFYING DEFENDANT JOHN DOE<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff James D. Allen ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint against: (1) Defendant M. Rodriguez for excessive force in violation of the Eighth Amendment; (2) Defendant M. Rodriguez for assault and battery under state law; and (3) Defendant John Doe for failure to protect/intervene in violation of the Eighth Amendment.

On January 9, 2024, the Court found service of the complaint appropriate and directed Plaintiff to file a motion to substitute the identity of Defendant John Doe with enough information to locate the defendant for service of process. (ECF No. 26.)

Currently before the Court is Plaintiff's motion to substitute the identity of Defendant John Doe, filed February 14, 2024. (ECF No. 31.) Plaintiff states that John Doe has been

identified as C.O. J. Anaya, who worked on Facility C Security Patrol #4 on November 19, 2021 at California Correctional Institution. Plaintiff requests service of process on J. Anaya. (*Id.*)

Plaintiff's motion to identify Defendant John Doe as J. Anaya is granted. Plaintiff is directed to file a third amended complaint substituting the name of J. Anaya for any references to Defendant John Doe. To assist Plaintiff, the Court will direct the Clerk of the Court to send Plaintiff a copy of the second amended complaint in this action. <u>Plaintiff is not required to change, and may not change, any other allegations in the second amended complaint besides the name of J. Anaya.</u>

Once the Court has received a third amended complaint that substitutes J. Anaya for Defendant John Doe, the Court will order service of the amended complaint on J. Anaya.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to substitute the identity of Defendant John Doe, (ECF No. 31), is GRANTED;
2. The Clerk of the Court is directed to send Plaintiff a courtesy copy of the second amended complaint, (ECF No. 22);
3. Within **thirty (30) days** from the date of service of this order, Plaintiff is directed to file a third amended complaint substituting the name of J. Anaya for any references to Defendant John Doe; and
4. **Plaintiff's failure to comply with this order will result in dismissal of Defendant John Doe from this action, without prejudice, for failure to serve with process pursuant to Federal Rule of Civil Procedure 4(m).**

IT IS SO ORDERED.

Dated: **August 9, 2024**              /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE