Plaintiff's Name JAMES D. ALLEN V-69177 AB 238

Inmate No. #V-69177

Address SALINAS VALLEY STATE PRISON

P.O. BOX 1050

SOLEDAD, CA. 93960-1050

FILED

SEP 06 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES D. ALLEN
_____
(Name of Plaintiff)

vs.

ARIAS, et al.,
_____

_____

_____

_____

_____

(Names of all Defendants)

CASE No. 1:22-CV-01502-KES-BAM (PC)
_____
(Case Number)

**AMENDED CIVIL RIGHTS COMPLAINT UNDER:** 22

☑ **42 U.S.C. 1983 (State Prisoner)** ⟵ JURY TRIAL DEMANDED

☐ **Bivens** Action [403 U.S. 388 (1971)] (Federal Prisoner)

THIRD AMENDED COMPLAINT
IDENTIFYING DEFENDANT JOHN DOE

RECEIVED

SEP 06 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

**I. Previous Lawsuits (list all other previous or pending lawsuits on additional page):**

A. Have you brought any other lawsuits while a prisoner? Yes ✓ No____

B. If your answer to A is yes, how many? 1

Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.) "FIRST AMENDMENT VIOLATION" RETALIATION

1. Parties to this previous lawsuit:

Plaintiff JAMES D. ALLEN

Defendants RASHMAN Q. DEAN

2. Court (if Federal Court, give name of District; if State Court, give name of County)
U.S.D.C. EASTERN DISTRICT OF CALIFORNIA CASE No. 1:21-CV-00150-JLT-EPG (PC)
UNITED STATES DISTRICT JUDGE

3. Docket Number _____ 4. Assigned Judge JENNIFER L. THURSTON

5. Disposition (Was the case dismissed? Appealed? Is it still pending?)
THE PARTIES REACHED A SETTLEMENT AGREEMENT FOR $6,240 ON MARCH 21, 2023.

1

6. Filing Date (approx.) JULY 29, 2021    7. Disposition Date (approx.) MARCH 21, 2023

## II. Exhaustion of Administrative Remedies

**NOTICE:**     Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Prior to filing suit, inmates are underlined required to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1199 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002). If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A.  Is there an inmate appeal or administrative remedy process available at your institution?

Yes___✓___   No_____

B.  Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes___✓___   No_____

C.  Is the process completed?

Yes___✓___       If your answer is yes, briefly explain what happened at each level.

APPEAL GRIEVANCE LOG No. #191973 was "DENIED" on 12-24-21 CCI PRISON. Plaintiff APPEALED GRIEVANCE AT the (OOA) OF WHICH GRANTED APPEAL ON 3-12-22. APPEAL GRIEVANCE LOG No. #225842 WAS INITIALLY REFERRED TO AN APPRO- PRIATE authority within the Dept. of CDCR, exhausting all admin. remedies on 3-01-22. APPEAL GRIEVANCE LOG No. # 234672 was initially referred to an appropriate authority within the Dept. of CDCR, exhausting all Admin. remedies on 4-12-22. APPEAL GRIEVANCE LOG No. #327430 was generated on 11-02-22 by "Centralized Screening Team" and AMENDED APPEAL GRIEVANCE LOG No. #234672, THE "OOA" GRANTED THE APPEAL ON 3-06-23.

No_____       If your answer is no, explain why not.

_____

_____

_____

_____

_____

## III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below. If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A. Name  M. RODRIGUEZ_____    is employed as  CORRECTIONAL OFFICER_____

Current Address/Place of Employment  CALIFORNIA CORRECTIONAL INSTITUTION

B. Name J. ANAYA _____ is employed as CORRECTIONAL OFFICER _____

Current Address/Place of Employment CALIFORNIA CORRECTIONAL INSTITUTION _____

C. Name _____ is employed as _____

Current Address/Place of Employment _____

D. Name _____ is employed as _____

Current Address/Place of Employment _____

E. Name _____ is employed as _____

Current Address/Place of Employment _____

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

<u>Claim 1</u>: The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

Defendant M. Rodriguez use of "Excessive force" violated Plaintiff's 8th Amendment Rights of the U.S. Constitution, and California State Law, California Civil Code §43 for Assault And Battery.

<u>Supporting Facts</u> (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

On 11-18-21, at CCI Prison-Tehachapi, CA., Housing Unit C4-248, Plaintiff observed inmate Maddox attempting suicide. Plaintiff intervened and averted the tragedy. Upon inquiry, I/m Maddox revealed he was being coerced to switch on inmate affairs for having attempted to cash bribe c/o Arias, in addition to other personal problems. Plaintiff persuaded I/m Maddox into a suicide intervention with c/o's Arias and Burgess. C/o Burgess addressed the situation by placing I/m Maddox into restraints and escorted to an undisclosed location. However I/m Maddox was permitted to return to HU-C4-248 approximately 1½ hours later. On 11-19-21, approximately 2:00 pm, I/m Maddox attempted to murder Plaintiff by

3

attacking him with a boxcutter blade. Plaintiff sustained two injuries - a 7.5 cm length/0.5 cm width deep slash on the left forearm, and a 5.5 cm length/1.0 cm width deep slash on Plaintiff's right shoulder Trap-ezius area. c/o J. Anaya responded to the alarm code in HU-C4 wherein he encountered an unconscious I/M Maddox incapacitated on the floor from a blow that Plaintiff had delivered. Several seconds later, c/o J. Anaya also discovered Plaintiff kneeling on one knee by A-section Phones before ordering Plaintiff to prone out on the floor. c/o J. Anaya placed Plaintiff in handcuffs, then performed a cursory clothed body search and discovered blood on the left side of the Plaintiff's buttox that had seeped from the left forearm injury. c/o J. Anaya alerted Plaintiff that I had been hit with something sharp. Plaintiff immediately requested c/o J. Anaya to check his neck, several times, wherein defendant c/o J. Anaya discovered a second injury that caused him to exclaim, "Ooh!" before abruptly leaving Plaintiff lying handcuffed on his stomach. Within several minutes c/o J. Anaya and co-defendant c/o Rodriguez returned to the area where Plaintiff was located on the floor by A-section Phones. Once co-defendants c/o J. Anaya and c/o Rodriguez got within a foot and the half

"CONTINUATION 4A"

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

Defendant C/o J. ANAYA failed to intervene to prevent the misuse of force, "failure to protect" in violation of the 8th Amendment under U.S. Constitution.

Supporting Facts (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

On 11-18-21, at CCI Prison-Tehachapi, CA., Housing Unit C4-24B, Plaintiff observed I/M Maddox attempting suicide. Plaintiff intervened and averted the tragedy. Upon inquiry, I/M Maddox revealed he was being coerced to switch on inmate affairs for having attempted to cash bribe c/o Arias in addition to having other personal problems. Plaintiff persuaded I/M Maddox into an suicide intervention with c/o's Arias and Burgess. c/o Burgess addressed the situation by placing I/M Maddox into restraints and escorted to an undisclosed location. However, I/M Maddox was permitted to return to HU-C4-24B approximately 1½ hours later.

The following day, 11-19-21, approximately 2:00 PM, I/M Maddox attempted to murder Plaintiff by attacking him with a boxcutter blade. Plaintiff was injured and suffered two injuries - a 7.5 cm length/0.5 cm width deep slash wound on the left forearm, and a 5.5 cm length/ 1.0 cm width deep slash on Plaintiff's right shoulder Trapezius area. c/o J. Anaya respond-

"CONTINUATION 4B"

4

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

## IV. CAUSE OF ACTION

CONTINUATION OF CLAIM I:

OF Plaintiff, C/o Rodriguez began to spray the Plaintiff in the face, eyes, head, shoulders, neck, ears, and injuries...etc. Plaintiff immediately began to burn, cough, choke, and gasp for air.

Subsequently, seconds later I/M Maddox was sprayed while unconscious with an entire can of chemical agent that caused him to go into convulsions and cardiac arrest.

Plaintiff was left in burning condition for 10 to 15 minutes on the floor before being escorted to Facility C Medical where Plaintiff was triaged and, then transferred to Tehachapi hospital for treatment where Plaintiff received sutures for both injuries.

On 11-19-21, at "CCI" Prison - Tehachapi, CA., Defendant M. Rodriguez use of "EXCESSIVE FORCE" violated Plaintiff's 8th Amendment Rights under the United States Constitution, and constituted "Cruel and Unusual Punishment" for spraying chemical agent in "Bad Faith" on Plaintiff without need or Provocation; therefore, also violating California State Law, California Civil Code §43 "The right of Protection from bodily restraint or harm". California Penal Code §240.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IV. CAUSE OF ACTION

CONTINUATION OF CLAIM II:

ed to the alarm code in #HU-C4, wherein he encountered an UNCONSCIOUS I/M Maddox incapacitated on the floor from a blow. Plaintiff was kneeling on one knee by A-section Phones. C/O J. ANAYA ordered Plaintiff to prone out on the floor. Defendant J. ANAYA placed Plaintiff in handcuffs, then performed a cursory clothed body search and discovered blood on the left side of Plaintiff's buttox that had seeped from the left forearm injury. C/O J. ANAYA alerted Plaintiff that I had been hit with something sharp. Plaintiff immediately requested C/O J. ANAYA to check his neck several times, wherein defendant C/O J. ANAYA discovered a second injury that caused him to exclaim, "Ooh!" before abruptly leaving Plaintiff lying handcuffed on his stomach. Within several minutes C/O J. ANAYA and co-defendant C/O Rodriguez returned to the area where Plaintiff was located on the floor by A-section Phones.

Once co-defendants C/O J. ANAYA and C/O Rodriguez got within a foot and the half of Plaintiff, C/O Rodriguez began to spray the Plaintiff in the face, eyes, head, shoulders, neck, ears, and injuries .. etc.. Plaintiff immediately began to burn, cough, choke, and gasp for air.

Subsequently, seconds later I/M Maddox was sprayed while unconscious with an entire can of chemical agent that caused him to go into convulsions and cardiac arrest.

" CONTINUATION 4C "

4B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

## IV. CAUSE OF ACTION

CONTINUATION OF CLAIM II:

Plaintiff was left in burning condition for 10 to 15 minutes on the floor before being escorted to Facility C Medical where Plaintiff was triaged and, then transferred to Tehachapi hospital for treatment where Plaintiff received sutures for both injuries.

Defendant c/o J. ANAYA failed to intervene to prevent the misuse of force, demonstrating a "Failure to Protect" violating Plaintiff's Rights against "Cruel and Unusual Punishment" under the 8th Amendment of the United States Constitution.

Plaintiff assert that I was injured due to sustaining (2) two physical injuries from a box cutter blade. Plaintiff is currently a participant in the CDCR Mental Health "CCCMS" Correctional Clinical Case Management System Program for psychological help and continues to suffer emotionally and mentally and physical anxiety. Loss of Prison employment and financial gain, credit-earning work privileges, and Restitution hindrance.

4C

## V. Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statues.

Plaintiff is seeking compensatory, Punitive, and nominal damages, and any additional money damages appropriated by the Court or Jury against defendants c/o Rodriguez and c/o J. Anaya, each being sued in their individual capacity, both Jointly and severally for the damages associated with the injuries sustained by the Plaintiff in whom is presenting this 42 U.S.C. § 1983 before the Court in the amount of $500,000 each. Plaintiff assert defendants acted under color of State Law. Plaintiff has complied with California Government Claims Act. Plaintiff Presented a claim with the Gov. Claims Board and was denied. GCP File No. 22027898.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 9-02-24          Signature of Plaintiff: _James D. Allen_ #V-69177

JAMES D. ALLEN #V-69177

(Revised 4/4/14)

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

I, JAMES D. ALLEN #V-69177 , declare:

I am over 18 years of age and a party to this action. I am a resident of SALINAS VALLEY

STATE PRISON Prison,

in the county of ,

State of California. My prison address is: P.O. BOX 1050, SOLEDAD, CALIFORNIA ,

93960-1050 .

On SEPTEMBER 2ND, 2024 ,

(DATE)

I served the attached: "THIRD AMENDED COMPLAINT" and "PROOF OF SERVICE".

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with

postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named

correctional institution in which I am presently confined. The envelope was addressed as follows:

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA, OFFICE OF THE CLERK,

2500 TULARE STREET, ROOM 1501, U.S. COURTHOUSE BUILDING, FRESNO, CA. 93721-2201

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on September 2ND, 2024

(DATE)

James D. Allen #V-69177

(DECLARANT'S SIGNATURE)

JAMES D. ALLEN #V-69177