# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. ALLEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ARIAS, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:22-cv-01502-KES-BAM (PC)<br><br>ORDER DIRECTING DEFENDANT RODRIGUEZ TO FILE AMENDED ANSWER OR NOTIFY COURT OF WILLINGNESS TO STAND ON ORIGINAL ANSWER<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff James D. Allen ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's third amended complaint against: (1) Defendant M. Rodriguez for excessive force in violation of the Eighth Amendment; (2) Defendant M. Rodriguez for assault and battery under state law; and (3) Defendant J. Anaya for failure to protect/intervene in violation of the Eighth Amendment.

On September 6, 2024, Plaintiff filed a third amended complaint providing identifying information to substitute Defendant J. Anaya for former Defendant John Doe.  (ECF No. 47.) The Court found service of the third amended complaint on Defendant Anaya appropriate under the Court's E-Service pilot program and noted that a separate order would issue regarding the filing of a response to the third amended complaint at a later date.  (ECF No. 48.)

///

On November 12, 2024, Defendant Anaya filed an answer to the third amended complaint. (ECF No. 52.)

At this time, the Court finds it appropriate to direct Defendant Rodriguez to file an amended answer in response to the third amended complaint, or notify the Court in writing that they wish to stand on the March 11, 2024 answer filed in response to the second amended complaint. *See* Fed. R. Civ. P. 15(a)(2).

Accordingly, IT IS HEREBY ORDERED that within **thirty (30) days** from the date of service of this order, Defendant Rodriguez SHALL **either**:

1. File an amended answer in response to the September 6, 2024 third amended complaint, (ECF No. 47); **or**

2. Notify the Court in writing that they wish to stand on the March 22, 2024 answer filed in response to the second complaint.

IT IS SO ORDERED.

Dated:   **November 14, 2024**          /s/ *Barbara A. McAuliffe*
                                                                                    UNITED STATES MAGISTRATE JUDGE

2