# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. ALLEN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ARIAS, *et al.*,<br><br>　　　　　　Defendants. | Case No.  1:22-cv-01502-KES-BAM (PC)<br><br>ORDER EXTENDING APPLICATION OF AUGUST 8, 2024 DISCOVERY AND SCHEDULING ORDER TO DEFENDANT J. ANAYA AND EXTENDING DISCOVERY AND DISPOSITIVE MOTION DEADLINES (ECF No. 42)<br><br>Exhaustion Motion Filing Deadline: **February 6, 2025**<br>Discovery Deadline: **June 9, 2025**<br>Dispositive Motion Deadline: **August 19, 2025**<br><br>ORDER DIRECTING CLERK OF COURT TO ISSUE CONSENT/DECLINE FORM |

　　　　Plaintiff James D. Allen ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's third amended complaint against: (1) Defendant M. Rodriguez for excessive force in violation of the Eighth Amendment; (2) Defendant M. Rodriguez for assault and battery under state law; and (3) Defendant J. Anaya for failure to protect/intervene in violation of the Eighth Amendment.

　　　　On August 8, 2024, the Court issued a discovery and scheduling order in this action. (ECF No. 42.)  With the recent substitution and appearance of Defendant Anaya, the Court finds it appropriate to extend application of the August 8, 2024 discovery and scheduling order to

Defendant Anaya. In addition, the Court will extend the applicable discovery and dispositive motion deadlines.[1] All other requirements set forth in the Court's August 8, 2024 discovery and scheduling order remain in place.

Accordingly, it is HEREBY ORDERED that:

1. Application of the August 8, 2024 discovery and scheduling order, (ECF No. 42), is EXTENDED to Defendant J. Anaya;

2. The deadline for filing motions for summary judgment under Federal Rule of Civil Procedure 56 for failure to exhaust administrative remedies is extended from December 8, 2024 to **February 6, 2025**;

3. The deadline for the completion of all discovery, including filing all motions to compel discovery, is extended from April 8, 2025 to **June 9, 2025**;

4. The deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is extended from June 20, 2025 to **August 19, 2025**;

5. **A request for an extension of a deadline set in this order must be filed on or before the expiration of the deadline in question and will only be granted on a showing of good cause**; and

6. The Clerk of the Court is directed to issue a consent/decline form to all parties.

IT IS SO ORDERED.

Dated:   **November 15, 2024**            /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE

---

[1] The deadline to file an amended pleading was extended by the Court's November 14, 2024 order, limited only to the filing of an amended answer by Defendant Rodriguez. (ECF No. 53.) The instant order does not further extend the amended pleadings deadline.